**PROPOSED ORDER**

Upon consideration of Plaintiff's Emergency Motion to Amend Complaint to Correct Critical Legal Deficiencies, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED. Plaintiff is permitted to file an amended complaint incorporating: (1) the corrected date from "June 1, 2022" to "June 10, 2022," (2) proper diversity jurisdiction citations, and (3) enhanced factual allegations as described in the motion. The amended complaint shall be filed within ten (10) days of this Order.

IT IS SO ORDERED.

_____

Hon. Leo T. Sorokin

United States District Judge
Date: _____

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing Emergency Motion has been sent certified mail. Since defendants have not yet been served, no additional service is required at this time.

/s/ Jose Maria DeCastro
Jose Maria DeCastro

Dated: June 6, 2025