

## DECLARATION OF JOSE DECASTRO

I, Jose DeCastro, declare under penalty of perjury under the laws of the United States and the State of Massachusetts that the following is true and correct:

1. I am the Plaintiff in the above-captioned matter, Case No. 1:25-CV-11610.

2. I have personal knowledge of the facts set forth herein and if called to testify, I could and would competently testify thereto.

3. On or about June 10, 2022, and June 18, 2025, the YouTube channel known as "Accountability For All" published two livestream videos referencing me by name and containing numerous defamatory statements and accusations.

4. I have obtained and preserved accurate transcripts of the spoken content from each of these two videos. These transcripts were created either by myself or under my direct supervision from the publicly accessible recordings available on YouTube as of the time of transcription.

5. I declare that the transcripts titled:
   - "Transcripts_June_10_2022_DefamationVideo_ORIGINAL_Defamation_Video.docx" and
   - "Transcripts_June_18_2025_Video_Beta_Delete_lawz_Sued_me.docx"

are true, correct, and complete representations of the original published video content from the Accountability For All YouTube channel.

6. These transcripts are being submitted as evidence in support of my legal filings and represent the full and unedited spoken content as presented in each video.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of June, 2025

at Las Vegas, Nevada

Signature: _____

Jose DeCastro