Exhibits

- Exhibit A -- Email to Abrams & Hiller (with Garrick copied)
- Exhibit B -- Email to Kate Peter ("Masshole Troll Mafia")
- Exhibit C -- Transcript excerpt from online broadcast by Defendant Abrams
- Exhibit D - Video Screenshot & Verification
Exhibit D.1 - Verification Form