M Gmail   **EXHIBIT A - EMAIL HILLER/ABRAMS**   Chille DeCastro <chille@situationcreator.com>

## Subject: Service of Summons and Complaint – DeCastro v. Abrams, Hiller, Peter, Case No. 1:25-cv-11610-LTS (D. Mass.)

1 message

**Chille DeCastro** <chille@situationcreator.com>   Tue, Aug 26, 2025 at 8:09 PM
To: Chille DeCastro <chille@situationcreator.com>
Cc: Joshua@garicklaw.com, "THEAFACREW@gmail.com" <THEAFACREW@gmail.com>, Lack <Lack@lacklustervideo.com>
Bcc: Lawyer DMCA <TheDMCALawyer@gmail.com>

Mr. Abrams, Mr. Hiller, and Attorney Garrick,

Please be advised that I have filed a civil action in the United States District Court for the District of Massachusetts, entitled *DeCastro v. Abrams, Hiller, and Peter*, Case No. 1:25-cv-11610-LTS.

Attached to this email are copies of the **Summonses** and **Complaint** issued by the Clerk of Court on June 4, 2025. These documents are provided to ensure timely notice of this action.

If Attorney Garrick is representing Mr. Abrams and/or Mr. Hiller in this matter, please confirm whether you are authorized to accept service on their behalf. If not, I would appreciate it if you would advise whether alternate arrangements can be made.

Please note that under the Federal Rules of Civil Procedure, each defendant is required to serve an Answer or other responsive pleading within twenty-one (21) days after service of the summons and complaint, unless otherwise extended by the Court.

Thank you for your attention to this matter.

Respectfully,

**Jose Maria DeCastro**
Plaintiff, Pro Se
1258 Franklin Street
Santa Monica, CA 90404
Cell: (310) 963-2445
Email: chille@situationcreator.com

3 attachments

- **Summons_JoshAbrams.pdf**
  110K

- **Summons_DaleHiller.pdf**
  112K

- **DeCastro v Hiller-010.0-First Amended Complaint.pdf**
  563K