C-1



**Exhibit C – Transcript of YouTube Broadcast by Joshua Abrams ("Accountability For All")**

**Characters:**

- **Joshua Abrams (AFA)** – Defendant, host of the broadcast.
- **John (co-host)** – Participant in the broadcast.
- **[Video Clip of Plaintiff]** – Screen recording shown during stream, depicting Plaintiff Jose DeCastro.

**[0:32 – Abrams speaking]**
Abrams begins with banter, then shows a clip of a prior incident involving Plaintiff.

**[4:50 – Abrams]**

"…the reason I showed that clip in the beginning is because… I'm going to play a little bit of this, not too much…"

**[7:10 – Video Clip of Plaintiff played]**
[Plaintiff shown on screen; Abrams interjects commentary disparaging Plaintiff.]

**[15:22 – Abrams]**

"I spoke to Lackluster the other day. He called me to get the information on my attorney because it's just easier for us to join forces… Not financially… we're going to have separate bills, but **my attorney is going to be representing him as well.** And I have a $5,000 retainer I have to pay this guy."

**[15:35 – Abrams]**

"…my attorney is going to be representing [Dale Hiller] as well."

**[15:42 – Abrams]**

"And here's the crime, right? …I have to pay my lawyer five grand…"

**[23:00 – Abrams fundraising appeal]**

"…Look at the top of your screen, you're going to see my PayPal and CashApp link. Anything that you guys send is going directly to the beta fund for me to fight Delete Laws with this lawsuit."

**[25:01 – Abrams fundraising appeal]**

"…if you could please send something because I now need to go and pay my lawyer five grand…"