UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Jose Maria DeCastro,
Plaintiff,

v. Civil Action No. 1:25-cv-11610-LTS

Joshua Abrams a/k/a "Accountability for All,"
Dale Hiller a/k/a "LackLuster,"
Kate Peter a/k/a "Masshole Troll Mafia,"
Defendants.

*Exhibit "D.1 Verification of "C"*

## AFFIDAVIT OF JOSE MARIA DECASTRO IN SUPPORT OF TRANSCRIPT AUTHENTICATION

I, Jose Maria DeCastro, being duly sworn, depose and state as follows:

1. I am the Plaintiff in the above-captioned matter and am over the age of 18 years. I have personal knowledge of the facts set forth in this affidavit and am competent to testify thereto.
2. I personally viewed the broadcast contemporaneously on June 18, 2025, and subsequently reviewed the publicly available replay to prepare the transcript.
3. On June 18, 2025, Defendant Joshua Abrams hosted a livestream video broadcast on the YouTube platform on his channel "Accountability For All."
4. The video broadcast was titled **"BETA DELETE LAWZ SUED ME AND LACKLUSTER.... AGAIN!"** and was streamed live on June 18, 2025.
5. At the time of viewing, the video displayed approximately 34,044 views and the channel showed approximately 246,000 subscribers under the name "Accountability For All."
6. During the broadcast, the video displayed funding links including PayPal, CashApp ($afayt), and Venmo (@BANANERANNA), which Defendant Abrams promoted during the broadcast as fundraising to pay his attorney.
7. I personally observed and heard Defendant Abrams make the statements transcribed in Exhibit C to the accompanying motion, including his admissions that: a. He and Defendant Dale Hiller ("Lackluster") would be represented by the same attorney; b. His attorney would be representing Defendant Hiller as well; c. He needed to pay his lawyer a $5,000 retainer; and d. He was soliciting donations for his legal expenses.
8. The transcript attached as Exhibit C is a true and accurate representation of the relevant portions of Defendant Abrams' statements during the June 18, 2025 livestream broadcast, based on my personal observation of the broadcast.
9. The timestamps referenced in the transcript correspond to the approximate time markers during the livestream when the statements were made.
10. True and correct copies of relevant screenshots and the transcript are attached hereto as Exhibits C and D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 27, 2025, at Santa Monica, California.

/s/ Jose Maria DeCastro
Jose Maria DeCastro



## BETA DELETE LAWZ SUED ME AND LACKLUSTER.... AGAIN!

 Account...    Join   Subscribe    2.8K      Share   ...

246K...

34,044 views  Streamed live on Jun 18, 2025
SUPPORT MY LEGAL FUND: https://www.paypal.com/paypalme/accou... https://cash.app/$afayt
VENMO: @BANANERANNA

**Transcript**

Follow along using the transcript.

Exhibit "D"

Show transcript

Screenshot of "C"

 **Accountability For All**
246K subscribers

 Videos    About    BUY AFA MERCHANDISE!

**Transcript**

15:11 — that I will speak to a legal expert to make sure that I know what's going on. Um, you know, Chile, what are some of the things that he said

15:16 — to the the judge, John? And by the way, I'm sorry before you start, um, I spoke

15:22 — to Lackluster the other day. Um, he called me to get the information on my attorney because it's just easier for us

15:30 — to to join forces. Um, not financially.

15:35 — We're going to have separate bills, but my attorney is going to be representing him as well. Um, and I have a $5,000

15:42 — retainer I have to pay this guy. And and here is the crime, right? He withdrew