**Jose Maria DeCastro**
1258 Franklin Street
Santa Monica, CA 90404
Cell: (310) 963-2445
Email: chille@situationcreator.com

RECEIVED IN CLERK'S OFFICE
DATE: 8/29/2025

August 27, 2025

Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

**Re: Request for CM/ECF Filing Access**
**Case No. 1:25-cv-11610-LTS**
**DeCastro v. Abrams, et al.**

Dear Clerk of Court:

I am the pro se plaintiff in the above-captioned matter. I respectfully request that the Court grant me CM/ECF electronic filing privileges for this case only.

I understand that under Local Rule 5.4, a pro se litigant may be granted permission to file electronically with leave of Court. As an active litigant in federal court located in Los Angeles, California, electronic filing would provide significant benefits including:

1. More efficient case management and timely filings
2. Immediate confirmation of filing receipt
3. Automatic service on registered participants
4. Reduced costs and administrative burden on the Court
5. Elimination of costly certified mail shipping across the country

The distance between California and Massachusetts makes paper filing particularly burdensome and expensive, as each filing requires certified mail delivery, creating substantial costs and potential delays that electronic filing would eliminate.

I understand that CM/ECF access in this District is typically limited to admitted attorneys. However, I respectfully request that the Court consider granting CM/ECF access for this case given my status as an active pro se litigant who will be filing multiple documents throughout the litigation.

If pro se CM/ECF access is available, please advise me of the registration requirements and procedures. I am prepared to comply with all requirements, including completion of the Court's CM/ECF training if necessary.

If such access is not generally available to pro se litigants, I respectfully request that the Court consider making an exception in this case, or advise me of any alternative procedures for more efficient case management.

I have an existing PACER account and am familiar with federal court electronic systems.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ Jose Maria DeCastro
Jose Maria DeCastro
Pro Se Plaintiff