EXB - A



**Transcript**

| Time | Text |
|---|---|
| | more memberships. Mr. Matt Vul with a $10 super chat. Right |
| 2:47:54 | on, man. Right on. Thanks, guys. Really appreciate your support. Chris Bowmont |
| 2:47:59 | is in the chat. Cody got a membership. Who else got a membership here? Eternal Fidelity got a membership. Christopher |
| 2:48:05 | Fox got a membership. Cody Jay got a membership. Lackluster got a free membership. Hey, |
| 2:48:12 | Lackluster, check your email, man. Check your email, dude. Check your email, dude. Lackluster, let's close the gap, |
| 2:48:17 | man. Let's close the gap. Let's let's let's end this. I I sent you an email, dude. So, and then we got uh who else |
| 2:48:24 | got a free membership? Jungle is massive is here. Thanks for coming by, Lac. Um, who else we got? Artith Blake. Oh, sorry |
| 2:48:30 | about that. Sorry about that. Thanks a lot for your support, guys. I really super super appreciate it. Vulk, thanks for the super chat, man. Really |
| 2:48:36 | appreciate it. Really appreciate it. Thanks a lot. Really appreciate it. All right, let's find the followup here. |
| 2:48:42 | There's a followup here. Jonathan Jonathan Lane. Jonathan Lane. |

English (auto-generated)

Show chat replay

**WHAT TO DO WHEN YOU ARE PULLED OVER - WE DON'T STOP!**


Delete Lawz
677K subscribers