

**Delete Lawz** <deletelawz@gmail.com>

**Willing to drop the case**
1 message

**Delete Lawz** <deletelawz@gmail.com>  Sat, Aug 30, 2025 at 3:04 PM
To: Lack <Lack@lacklustervideo.com>

Just asking for a retraction

I didn't blackmail Josh - you never saw receipts of that.
I was never coming to your home - you never saw receipts of that.
I dont have a ponzi scheme
I'm not a danger to society
I never extorted anybody
I don't have victims of violence that are working their way thru the court.

Retract it man -- I'll drop this

Sorry it went so bad -- we should end it

My Lawyer told me not to write this.

I'd like to drop you from the suit.
Chille