**Gmail**

(Exhibit C)

Delete Lawz <deletelawz@gmail.com>

## Re: Willing to drop the case
1 message

---

**Delete Lawz** <deletelawz@gmail.com>  Sat, Aug 30, 2025 at 3:11 PM
To: Lack <Lack@lacklustervideo.com>

Otherwise we'll be in this for years and I liked you -- you turned on me -- I don't wanna sue you man. You forced me. You sat there and ... whatever. Still makes me upset. I'd like to release you from this Lawsuit. 100. This is not a ploy or a joke or me being some kinda bad -- I wanna move on. Don't you?

On Sat, Aug 30, 2025 at 3:04 PM Delete Lawz <deletelawz@gmail.com> wrote:
> Just asking for a retraction
>
> I didn't blackmail Josh - you never saw receipts of that.
> I was never coming to your home - you never saw receipts of that.
> I dont have a ponzi scheme
> I'm not a danger to society
> I never extorted anybody
> I don't have victims of violence that are working their way thru the court.
>
> Retract it man -- I'll drop this
>
> Sorry it went so bad -- we should end it
>
> My Lawyer told me not to write this.
>
> I'd like to drop you from the suit.
> Chille