AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Jose Marie DeCastro | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11610-LTS |
| Joshua Abrams, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Abrams                                                                                                    .

Date:   11/26/2025

/s/ Joshua N. Garick
*Attorney's signature*

Joshua N. Garick, Esq. (BBO #674603)
*Printed name and bar number*

Law Offices of Joshua N. Garick, P.C.
34 Salem Street, Suite 202
Reading, MA 01867
*Address*

Joshua@GarickLaw.com
*E-mail address*

(617) 600-7520
*Telephone number*

(617) 600-7430
*FAX number*