UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSE MARIA DeCASTRO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:25-cv-11610-LTS |
| | ) | |
| JOSHUA ABRAMS, | ) | |
| DALE HILLER, | ) | |
| KATHERINE PETER, | ) | |
| JOHN DOES 1 THROUGH 5, | ) | |
| Defendants. | ) | |

### ASSENTED TO MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT

Pursuant to FED. R. CIV. P. 6(b), defendants Joshua Abrams ("Abrams") and Dale Hiller ("Hiller"), with the assent of plaintiff Jose Maria DeCastro move that the Honorable Court extend the time for defendants Abrams and Hiller to file responses to plaintiff's First Amended Complaint (ECF No. 10) through **January 5, 2025**. As grounds for the motion, undersigned counsel has just been retained and needs additional time to respond on account of other issues in unrelated litigation and the upcoming holidays.

Respectfully Submitted,

*/s/ Joshua N. Garick*

Joshua N. Garick (BBO #674603)
LAW OFFICES OF JOSHUA N. GARICK, P.C.
34 Salem Street, Suite 202
Reading, Massachusetts 01867
Phone: (617) 600-7520
Joshua@GarickLaw.com

*Counsel for Joshua Abrams and Dale Hiller*

1

ASSENTED TO:

*/s/ Jose Maria DeCastro*

_____
Jose DeCastro, *pro se*
1258 Franklin Street
Santa Monica, CA 90404
Phone: (310) 963-2445
Chille@situationcreator.com

Dated:  November 26, 2025

# CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing:

               */s/ Joshua N. Garick*
               Joshua N. Garick (BBO #674603)

Dated:  November 26, 2025