UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOSE MARIA DECASTRO,

    Plaintiff,

v.

JOSHUA ABRAMS,

DALE HILLER,

KATE PETER,

and JOHN DOES 1–5,

    Defendants.

RECEIVED IN CLERK'S OFFICE
DATE 2/2/2026

Civil Action No. 1:25-cv-11610-ADB

**DECLARATION OF JOSE MARIA DECASTRO**

I, Jose Maria DeCastro, declare as follows:

    1. I am the Plaintiff in the present action and have personal knowledge of the facts set forth herein.

2. In or about 2022, I filed a civil action in the United States District Court for the District of Massachusetts against certain of the same Defendants named in this case, asserting defamation claims arising from statements made during a June 10, 2022 YouTube livestream broadcast.

3. Defendants appeared in that action and filed responsive pleadings, including answers and counterclaims. As a result, voluntary dismissal of the defamation claims without Defendants' consent was not available to me under Federal Rule of Civil Procedure 41(a).

4. I sought to voluntarily dismiss the defamation claims. However, Defendants did not consent to dismissal, and as a result, the defamation claims were not voluntarily dismissed on that basis.

5. Because voluntary dismissal of the defamation claims was procedurally unavailable, I filed an amended complaint that removed the defamation claims. The prior case thereafter proceeded solely on copyright theories and was dismissed on those grounds. No court has ever evaluated the truth or falsity of Defendants' statements, the existence of actual malice, or any other element of defamation.

6. The copyright infringement claims asserted in the amended complaint were subsequently dismissed for failure to state a claim. That dismissal addressed only copyright issues and did not adjudicate, resolve, or reach the merits of any defamation claims.

7. Defendants' counterclaims sounding in defamation in the prior action were dismissed for lack of subject-matter jurisdiction based on failure to establish the amount in controversy. The Court did not reach the merits of those counterclaims.

8. Accordingly, no court has ever adjudicated the truth, falsity, or legal sufficiency of my defamation claims arising from the June 10, 2022 livestream.

9. In June 2025, I filed the present action asserting defamation and related tort claims based on additional defamatory statements published during a June 18, 2025 broadcast, as well as the original June 10, 2022 statements that had not previously been adjudicated on the merits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026.

/s/ Jose Maria DeCastro

JOSE MARIA DECASTRO

5350 Wilshire Blvd.

P.O. Box 36143

Los Angeles, CA 90036

(310) 963-2445

chille@situationcreator.com