# EXHIBIT A

## Excerpts from June 18, 2025 YouTube Broadcast Transcript

**Video Title:** "BETA DELETE LAWZ SUED ME AND LACKLUSTER... AGAIN!"

**Channel:** Accountability For All (Joshua Abrams)

**Broadcast Date:** June 18, 2025

    The complete transcript of this broadcast is 77 pages. Plaintiff submits only the pages containing statements cited in the Opposition to Defendants' Motion to Dismiss.

**Pages Included:** 6, 7, 17, 25, 28, 32, 69, and 71

    The full transcript was previously filed with the Court and remains available upon request.

## Cleaned Transcript – June 18, 2025 Livestream

Video Title: BETA DELETE LAWZ SUED ME AND LACKLUSTER... AGAIN!

Speakers Identified:
Josh Abrams – Host
John – Co-host / Attorney Guest
Cindy – Guest
Smoke – Guest
Audience / Chat – Background or quoted reactions

Josh Abrams: Video Transcripts
Video Title: BETA DELETE LAWZ SUED ME AND LACKLUSTER....
AGAIN!
Channel: Accountability For All

Josh Abrams: 240K subscribers

Josh Abrams: Join

Josh Abrams: Subscribe

Josh Abrams: 2.6K

Josh Abrams: Share

Josh Abrams: Download

Josh Abrams: 28,845 views Streamed live on Jun 18, 2025

Josh Abrams: 0:15

Josh Abrams: [Music]

Josh Abrams: 0:23

Josh Abrams: borders um and he's like "No no that's not true the constitutional law scholar

Josh Abrams: 4:41

Josh Abrams: um had to call my attorney and my attorney in fact uh had to tell him that

Josh Abrams: 4:48

**Josh Abrams: no you're violating like several laws serious felonies especially with your**

**Josh Abrams: 4:53**

**Josh Abrams: criminal record." Um the reason I showed that clip in the beginning is because it's like I'm going to play a little bit**

Josh Abrams: 5:00

Josh Abrams: of this not too much because I expected a lot more of you to be familiar with

Josh Abrams: 5:06

Josh Abrams: what happened in the beginning seeing that you're not I'm just going to play a clip of it i mean what do you think John

Josh Abrams: 5:12

Josh Abrams: i think at this point it's kind of important right yeah it can't hurt and I I just want to point something out too

Josh Abrams: 5:18

Josh Abrams: um sure i don't know how he wouldn't understand that when a state has no

Josh Abrams: 5:25

Josh Abrams: reciprocity with any other state that he would think he could bring a firearm into the state but that's just beside

Josh Abrams: 5:32

Josh Abrams: the point but okay I mean listen I the conundrum that is Chile still

Josh Abrams: 5:39

Josh Abrams: inspires my brain to break like his channel name is Delete Laws and then he

Josh Abrams: 5:45

Josh Abrams: talks about upholding law and order and the rule of law like the guy is a

Josh Abrams: 5:50

Josh Abrams: walking contradiction to himself if you guys did not know um a little bit of background let me tell you something um

Josh Abrams: 5:58

Josh Abrams: Chile Dcastro was the You guys are going to think I'm I'm messing with you i'm not chilly DiCastro was the original

**Josh Abrams: 6:04**

**Josh Abrams: Black Bison Ranger but was kicked off the show before uh filming even**

**Josh Abrams: 6:09**

**Josh Abrams: commenced due to wild accusations um about the cast and crew members as**

**Josh Abrams: 6:16**

**Josh Abrams: well uh Cast also reports being threatened by Dcastaster that's what**

Josh Abrams: 6:21

Josh Abrams: about the community he doesn't give a [ __ ] about you and in the beginning I used to say to people you know what you

Josh Abrams: 22:28

Josh Abrams: want to watch [ __ ] Chile you watch Chile you can watch me i don't care i had mutual friends that before they knew

Josh Abrams: 22:35

Josh Abrams: what a douchebag Chile was they were like "Oh you know I'm just gonna I'm not going to really be in the middle of it." And I was like "Fine do whatever." Now

**Josh Abrams: 22:42**

**Josh Abrams: you know what I say if you support Chile [ _F ] you and the Chile horse that you [ _F_ ] rode in on go hit the**

**Josh Abrams: 22:47**

**Josh Abrams: unsubscribe button this guy in my opinion is a cancer to the First Amendment [ __ ] community i mean you**

Josh Abrams: 22:53

Josh Abrams: want to talk oh the guy's got 700,000 subscribers like I don't know if I'm ready to say [ __ ] delete laws just yet

Josh Abrams: 23:00

Josh Abrams: like look at his [ __ ] channel 655,000 subscribers right okay

Josh Abrams: 23:07

Josh Abrams: 4,000 views 2,000 views 2,000 views 4,000 views 2,000 views wow big one

Josh Abrams: 23:13

Josh Abrams: 20,000 views 4,000 views 4,000 views 1,000 views 9,000 views he is four times

Josh Abrams: 25:11

Josh Abrams: it's the bar with my name on it right up top there it is accountability for all you will see a PayPal link and a Cash

**Josh Abrams: 25:17**

**Josh Abrams: App link if you could please send something because I now need to go and**

**Josh Abrams: 25:22**

**Josh Abrams: pay my lawyer five grand and and like are we going to win if he doesn't drop out of course will there be sanctions**

**Josh Abrams: 25:28**

**Josh Abrams: against this giant master beta of course there's going to be sanctions but what**

Josh Abrams: 25:33

Josh Abrams: do we take from him the guy has [ __ ] nothing he walks around like he got shot by a pepper ball the other day and if it

Josh Abrams: 25:40

Josh Abrams: was anybody else I'd be like "Oh my god that's so sad this dude's a piece of shit." Okay and and name one friend he

Josh Abrams: 25:49

Josh Abrams: still has that he's actually worked with in the field not like whatever the names

Josh Abrams: 25:55

Josh Abrams: of the people that support him in the chat the diehard people cuz I got [ __ ] stories I can tell you guys

Josh Abrams: 26:01

Josh Abrams: pushing and he's kind of been a supporter of Chile i think some people are just [ __ ] afraid of him why i have no idea he's 5 foot2 i didn't know

Josh Abrams: 28:49

Josh Abrams: they stacked [ __ ] that high and the one time he ever got physical face to face with me on camera he backed down real

Josh Abrams: 28:56

Josh Abrams: [ __ ] quick the guy's a legend in his own [ __ ] mind

Josh Abrams: 29:02

Josh Abrams: and I want to thank you guys um because in the first 20 minutes of this we've already doubled the views that he got

Josh Abrams: 29:08

Josh Abrams: when he broke the news that he was going to sue me you know how many subscribers I lost none cuz the amount that I gain

Josh Abrams: 29:15

Josh Abrams: every day versus the amount that I lost from him I lost none guys seriously please do this for me if you have any

Josh Abrams: 29:22

Josh Abrams: respect for me for what I do my history what I've put on the line I'm one of the [ __ ] originals in this movement if

Josh Abrams: 29:27

**Josh Abrams: you like Chile or you intend to watch him hit the [ _F_ ] unsub button don't ever come back to this [ _F_ ] channel**

Josh Abrams: 29:33

Josh Abrams: because we do real [ _F_ ] here this is that day one [ _F_ ] we do real [ _F_ ] real activism we don't play around with fake

Josh Abrams: and I I just want to bring one more thing out right and I'm going to say it's alleged okay but there's allegedly

**Josh Abrams: 1:03:47**

**Josh Abrams: right now as far as I can tell close to 11 lawsuits that have been filed by this**

Josh Abrams: 1:03:54

Josh Abrams: person okay so if you don't think this can happen to you be prepared

Josh Abrams: 1:04:06

Josh Abrams: everyone please thank John Denakola for being here uh agent right here and this is perfect agent right here is in the

Josh Abrams: 1:04:12

Josh Abrams: chat um three years ago he was in the chat when I did that live stream um and he he met up with me and my friend and

Josh Abrams: 1:04:20

Josh Abrams: Anna and uh News Now 702 um was unable to make it to this live stream and uh

Josh Abrams: 1:04:29

Josh Abrams: but he he's watching he was disgusted then i'm sure he's disgusted now uh we have built a beautiful community back

Josh Abrams: 1:04:38

Josh Abrams: when I started doing this you could count on a hand of how many people did this and now every single day new people

Josh Abrams: 1:04:43

Josh Abrams: are filming police um new people are engaging in in conversation with each

**Josh Abrams: [ __ ] tagline or have Chile sue you too okay he'll vexatiously litigate the hell out of you folks before you leave**

Josh Abrams: 1:05:51

Josh Abrams: I'm gonna let this music uh play for a second um and you know we can uh give

Josh Abrams: 1:05:58

Josh Abrams: you guys Oh I didn't read super chats i apologize i really should um remove T-Rex super sticker new England truth

Josh Abrams: 1:06:05

Josh Abrams: you will win it only hurts the movement plant uh some people say he's a government plant who am I to say i'll get sued if I even have a thought of my

Josh Abrams: 1:06:11

Josh Abrams: own uh Koi five bucks thank you big Mike my brother from another mother he tried to sue me also as I trolled his live and

Josh Abrams: 1:06:19

Josh Abrams: made him a fool if possible he's already a fool you're right uh Bob five bucks

Josh Abrams: 1:06:24

Josh Abrams: thank you crnn $10 super sticker thank you banana member for 46 months i have a

Josh Abrams: 1:06:30

Josh Abrams: fam to feed and now I have to use my money uh to to fight this

Josh Abrams: 1:06:36