January 30, 2026

Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  DeCastro v. Abrams, et al., Case No. 1:25-cv-11610-ADB
     Request for ECF Filing Access

Dear Clerk:

I am the Plaintiff proceeding pro se in the above-captioned matter. I am writing to request restoration of my access to the Court's Electronic Case Filing (ECF) system.

I am currently unable to access ECF to file documents in this case. I respectfully request that my ECF filing privileges be restored or reactivated so that I may continue to participate in this litigation and meet filing deadlines.

My CM/ECF registration email address is: iamalaskan@gmail.com

If any additional information or documentation is required to process this request, please contact me at the address or phone number below.

Thank you for your assistance.

Respectfully,

/s/ Jose Maria DeCastro
Jose Maria DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036
(310) 963-2445
iamalaskan@gmail.com