UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE MARIA DECASTRO,
Plaintiff,

v.

JOSHUA ABRAMS, DALE HILLER,
and KATHERINE PETER,
Defendants.

Civil Action No. 1:25-cv-11610-ADB

SECOND AMENDED COMPLAINT
(Defamation)
JURY TRIAL DEMANDED

Plaintiff Jose Maria DeCastro, proceeding pro se, files this Second Amended Complaint under the leave granted in the Court's Memorandum and Order of September 25, 2026 (ECF No. 37), as extended to November 16, 2026 (ECF No. 39), and alleges as follows:

## I. PRELIMINARY STATEMENT

1. On or about June 10, 2022, on a live broadcast produced in Massachusetts and streamed to the First Amendment auditing community, Defendants Joshua Abrams, Dale Hiller, and Katherine Peter sat on the same panel, and each accused Plaintiff of crimes he did not commit, as follows. Abrams and Peter accused him of running a Ponzi scheme, and Peter added that he "also employs blackmail and extortion and threats a lot." Abrams and Hiller accused him of blackmailing and threatening Abrams by threatening to report him to his parole officer, of threatening to come to Hiller's home, and of assaulting and battering a woman. Hiller added that Plaintiff threatened to "choke out" a man's wife and that "there are victims there is proof of it."

2. None of it is true, and the Defendants had no proof of any of it. Hiller said so on the air: "as far as i know ... this is what i what has been alleged to me," "i don't know if any of this is true," and "at the moment it's all hearsay it's all alleged." His source was Abrams ("josh told me"). Abrams knew the blackmail story was false, because he was in the car for the conversation it describes, and nothing in it happened.

3. Plaintiff asked Hiller in writing to retract. He did not. The broadcast stayed online for years, and the accusations continue to define Plaintiff to the community on which his work and reputation depend.

## II. JURISDICTION AND VENUE

A. Diversity of Citizenship

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a). Plaintiff is a citizen of California. He was domiciled in Los Angeles County, California, where he lived and worked and intended to remain, when this action was filed on June 3, 2025, as reflected in his filings that spring in DeCastro v. Peter, L.A. Super. Ct. No. 23SMCV00538. Defendant Abrams is a citizen of Massachusetts. Defendant Hiller is a citizen of West Virginia (ECF No. 33-1 ¶ 1; ECF No. 37 at 2 n.1). Defendant Peter is a citizen of Massachusetts, residing in North Attleboro, Massachusetts. No Defendant is a citizen of California.

B. Amount in Controversy (Responding to ECF No. 37 at 5 to 6)

5. The Court dismissed the First Amended Complaint because it described categories of harm without assigning a dollar value to them or explaining the basis for the valuation. ECF No. 37 at 5 to 6 (citing Abdel-Aleem v. OPK Biotech LLC, 665 F.3d 38, 41 to 43 (1st Cir. 2012); Andersen v. Vagaro, Inc., 57 F.4th 11, 15 (1st Cir. 2023)). Plaintiff seeks (a) lost channel revenue, (b) damages for mental suffering, and (c) damages for injury to reputation. The facts and arithmetic supporting each are set out below, separately for each Defendant, based on facts that existed when this action was filed on June 3, 2025. Each Defendant's amount stands on its own facts and is not based on aggregating claims against other Defendants. Where the broadcast as a whole caused a loss, Plaintiff computes that loss once and allocates it among the Defendants, so that no harm is counted more than once. Plaintiff seeks a single recovery for each harm.

6. Legal basis. Each Defendant accused Plaintiff of crimes. A statement charging the plaintiff with a crime is actionable without proof of economic loss, and the plaintiff may recover

for harm to reputation and for emotional injury. Ravnikar v. Bogojavlensky, 438 Mass. 627, 630 (2003); Stone v. Essex County Newspapers, Inc., 367 Mass. 849, 860 to 861 (1975). A jury in this District returned separate defamation awards of $400,000 and $100,000 against two defendants, which the First Circuit affirmed. Sindi v. El-Moslimany, 896 F.3d 1 (1st Cir. 2018). Plaintiff does not seek punitive damages, which are barred in defamation actions (G.L. c. 231, § 93), and counts no such amount toward the threshold.

7. The audience. Plaintiff's audience, collaborators, and standing are concentrated in the online community of First Amendment auditors and civil rights channels, where a creator's reputation depends on trust among channels that appear on each other's streams, share each other's work, and vouch for one another. The June 10, 2022 broadcast had more than 17,000 views and almost 700 comments by September 2022, as Plaintiff alleged at the time (No. 1:22-cv-11421, ECF No. 1 ¶ 11). Hiller's LackLuster channel is among the largest in that community, with over 1 million subscribers when this action was filed (Compl., ECF No. 1 ¶ 3) and about 1.51 million as of November 11, 2026. Abrams's Accountability For All channel had approximately 238,000 subscribers when this action was filed (Compl., ECF No. 1 ¶ 2).

8. Reputation. After the broadcast, Plaintiff's comment sections and live chats filled with viewers repeating the accusations made on it: calling Plaintiff a "woman beater," saying he had threatened to go to Hiller's house and hurt him, and calling him a bad person. Viewers abandoned Plaintiff's channel and disparaged him publicly. Many who heard these accusations did not return in the months that followed. Plaintiff believes the trust of many in the community who heard that Plaintiff had victims, threatened to choke a man's wife, attacked a woman, and ran a Ponzi scheme is lost to him for good, and that this injury to his reputation will outlast this case. Channels and creators in the community stopped associating with Plaintiff, stopped talking to him, and stopped sharing his videos.

9. The accusation that Plaintiff threatened to go to Hiller's home was broadcast to this audience by Abrams and Hiller on June 10, 2022, and viewers who repeated it to Plaintiff afterward did so in substantially the words used on the broadcast.

10. Plaintiff's own YouTube Studio data are consistent with that harm (Exhibit C). The May 30, 2022 parade video and the commentary around it had already reduced Plaintiff's audience: from June 1 to 9, 2022, his channel averaged 15,412 views per day. Beginning with the broadcast, from June 10 to 30, 2022, it averaged 12,034 views per day, a further drop of 22%, and from June 10 to December 31, 2022 it averaged 9,731 views per day. Had the channel kept its June 1 to 9 pace, it would have received about 1,164,600 more views from June 10 to December 31, 2022 than it did. Applying the channel's actual revenue per 1,000 views for each of those months, that shortfall is about $8,105. That figure is Plaintiff's good faith estimate of revenue lost to the broadcast, measured against the last days before it; Plaintiff does not claim the broadcast caused the earlier decline. Plaintiff's monthly estimated revenue fell from $4,219.04 in May 2022 to $1,786.38 in August 2022. Plaintiff claims lost revenue only for June 10 to December 31, 2022, and only the share allocated to each Defendant below.

11. After the broadcast, the reaction to Plaintiff's streams turned sharply negative. In mid-May 2022, Plaintiff's live streams were rated 91.9% to 96.2% likes versus dislikes. In August 2022, after the broadcast, they were rated 57.1% to 84.2%. Likes per 1,000 views barely changed, about 84 in May and 80 in August, while dislikes per 1,000 views rose from about 5 to about 35, almost seven times as many (Exhibit C). The people liking his streams kept liking them; what changed was a wave of disapproval that followed the broadcast.

12. Mental suffering. Beginning in June 2022, Plaintiff suffered severe anxiety as a direct result of the accusations and the flood of viewers repeating them to him, and that anxiety had continued for about three years when this action was filed. During the months of accumulated stress that followed the broadcast, Plaintiff's blood pressure rose sharply. Plaintiff had agreed to a charity boxing match against a police captain, scheduled for September 24, 2022 in Ashland, Kentucky. In August 2022, before he flew east on August 25, Plaintiff went to an urgent care clinic in Denver, Colorado. His blood pressure there measured about 200/110, and the physician told him he could not be cleared to fight. Plaintiff kept checking his blood pressure after that; on August 29, 2022 it still measured 188/104 (Exhibit D). Plaintiff's match was

canceled. The harm continued because the broadcast remained available for years and no Defendant corrected it. Plaintiff values his mental suffering caused by the broadcast, from June 10, 2022 to June 3, 2025 (1,089 days), at $350 per day, a total of $381,150, which he allocates among the Defendants below. That rate is Plaintiff's good faith valuation of what he went through, not a medical measurement or an expense. His suffering was worst in the summer and fall of 2022, when his blood pressure measured about 200/110 and he lost his fight, and it never went away; a single daily rate across the whole period is a conservative way to value it.

13. As to Hiller. Hiller accused Plaintiff of blackmail, of threatening to come to Hiller's own home, of threatening to choke a man's wife, of assault and battery, and of having "victims" with "proof." Those accusations are the ones Plaintiff's audience repeated back to him (¶¶ 8 to 9). They came from one of the largest channels in the community, they stood uncorrected for three years before this action was filed, and Hiller did not respond to a later written request to correct them. As his good faith estimate, not a measured division of causation, Plaintiff allocates the shared losses 40% to Hiller, 40% to Abrams, and 20% to Peter. Hiller and Abrams made most of the accusations (blackmail and the parole officer, the home threat, the choking threat, battery, and "victims"), and theirs are the accusations the audience repeated back to Plaintiff; Peter's June 10 remarks were limited to the Ponzi, investor, and blackmail accusations. Plaintiff values the injury caused by Hiller as follows: (a) lost revenue, 40% of $8,105, or $3,242; (b) mental suffering, 40% of $381,150, or $152,460; and (c) injury to reputation, which Plaintiff values in good faith at $100,000, for accusations of extortion, a threat to Hiller's home, a threat to choke a man's wife, assault on a woman, and "victims" with "proof," made by one of the most established voices in Plaintiff's community to an audience of more than 17,000. Total: $255,702. Based on those facts, the amount in controversy as to Hiller alone, exclusive of interest and costs, is an amount to be proven at trial, but not less than $250,000.

14. As to Abrams. Abrams originated the blackmail, parole, and home-threat accusations, supplied them to Hiller, authorized and encouraged Hiller to broadcast them (¶ 54), and himself told the audience that Plaintiff beat a woman, threatened to make a false report to the

government, has a history of blackmail, stole from him, defrauded people, and runs a Ponzi scheme (¶¶ 55 to 57). He did so knowing the blackmail story was false (¶ 53). Plaintiff values the injury caused by Abrams as follows: (a) lost revenue, 40% of $8,105, or $3,242; (b) mental suffering, 40% of $381,150, or $152,460; and (c) injury to reputation, which Plaintiff values in good faith at $100,000, for originating the accusations, hosting the broadcast on his channel of about 238,000 subscribers, and accusing Plaintiff of beating a woman, extortion, theft, and fraud while knowing the blackmail story was false. Total: $255,702. Based on the facts existing when this action was filed, the amount in controversy as to Abrams alone, exclusive of interest and costs, is an amount to be proven at trial, but not less than $250,000. Abrams's June 18, 2025 broadcast (¶ 58) is pleaded as additional harm and is not relied on to reach that amount.

15. As to Peter. Peter accused Plaintiff, before the same audience, of operating a Ponzi scheme, taking investor money under false pretenses, and using blackmail and extortion (¶¶ 59 to 61). Those are accusations of financial crime aimed at Plaintiff's work as a creator and business owner. Peter's own channel had about 26,500 subscribers and more than two million lifetime views in 2022, by her own account in No. 1:22-cv-11421 (ECF No. 54 ¶ 4, as summarized in ECF No. 134 at 2), and nearly 38,000 subscribers when this action was filed (Compl., ECF No. 1 ¶ 4). From June 10, 2022 through July 23, 2023, Peter posted 35 videos about Plaintiff to her channel, which as of November 11, 2026 had a combined 682,960 views. Plaintiff asserts no claim against Peter based on any conduct after June 10, 2022; her later videos are alleged only to show the reach and duration of the harm caused by her June 10, 2022 statements. Plaintiff values the injury caused by Peter's June 10, 2022 statements as follows: (a) lost revenue, 20% of $8,105, or $1,621; (b) mental suffering, 20% of $381,150, or $76,230; and (c) injury to reputation, which Plaintiff values in good faith at $75,000, for accusing Plaintiff, before the same audience, of running a Ponzi scheme, taking investor money under false pretenses, and blackmail and extortion. Total: $152,851. Based on those facts, the amount in controversy as to Peter alone, exclusive of interest and costs, is an amount to be proven at trial, but not less than $150,000.

C. Personal Jurisdiction over Hiller

16. Hiller voluntarily joined, by prior arrangement, a live broadcast that Abrams, a Massachusetts resident, hosted from his home in Massachusetts on the Accountability For All channel.

17. The broadcast concerned Massachusetts events: a Memorial Day parade in Massachusetts, a Massachusetts court hearing held that day, and the conduct of Massachusetts residents. Hiller addressed those events directly, including the parade and the police response to it (Tr. 26:07 to 29:00).

18. Hiller received the accusations he repeated from Abrams, in Massachusetts ("josh told me," Tr. 28:43; "at one point josh calls me," Tr. 26:59 to 27:05). Hiller knew when he joined that the broadcast was produced in Massachusetts by a Massachusetts host, about a Massachusetts parade, a Massachusetts court hearing, and Massachusetts residents, and he directed his statements into that Massachusetts production alongside two Massachusetts co-defendants. Hiller's contacts arise directly from the claims, and requiring him to defend here, alongside the Massachusetts co-defendants on the same broadcast, is reasonable. This conduct satisfies G.L. c. 223A, § 3(c) and due process.

19. In the alternative, Plaintiff requests jurisdictional discovery limited to: Hiller's communications with Abrams arranging the broadcast and supplying its content; Hiller's knowledge that the broadcast was produced in Massachusetts by a Massachusetts host; and whether Hiller promoted or republished the broadcast to his own audience.

D. Venue

20. Venue is proper under 28 U.S.C. § 1391(b)(1) and (2). Abrams and Peter reside in this District, and a substantial part of the events giving rise to the claims occurred here.

III. PARTIES

21. Plaintiff Jose Maria DeCastro is a citizen of California and a content creator who publishes on YouTube as "Delete Lawz," covering civil rights and First Amendment issues.

22. Defendant Dale Hiller is a citizen of West Virginia who operates the YouTube channel "LackLuster" through LackLuster Media, LLC (ECF No. 33-1 ¶¶ 4 to 7). Hiller holds himself out as a reporter. On the June 10, 2022 broadcast he recounted that Plaintiff had called him a reporter and responded, "which is fair i mean i i don't have any qualms with that" (Tr. 20:48 to 21:01).

23. Defendant Joshua Abrams is a citizen of Massachusetts who operates the YouTube channel "Accountability For All."

24. Defendant Katherine ("Kate") Peter is a citizen of Massachusetts who operates the YouTube channel "Troll Mafia Official," formerly known as "Masshole Mafia" (see Compl., ECF No. 1 ¶ 4; ECF No. 37 at 2). Abrams introduced her on the broadcast as "the masshole report" (Tr. 0:00 to 0:08). Peter was personally served with the summons and the First Amended Complaint at her residence in North Attleboro, Massachusetts, on December 11, 2025. Plaintiff is filing the server's signed proof of service with this Second Amended Complaint, as directed by ECF No. 37 at 7 n.3. Peter has not appeared.

## IV. FACTS

### A. The Memorial Day Parade, the Edited Video, and the Car Conversation

25. On Memorial Day, May 30, 2022, Plaintiff attended a parade in Massachusetts. As Plaintiff walked, Peter repeatedly stepped on the backs of his heels. Each time she did, Plaintiff stopped, leaned back defensively, turned to face her, and raised his arm so she would stop, and she ran into him. When she stepped onto his feet, Plaintiff moved her off of them. Plaintiff did not strike, beat, or injure her. Dozens of police officers were present along the parade route. None of them arrested, cited, or charged Plaintiff.

26. Abrams then posted a video of the parade. The video was visibly edited, and it omitted Peter stepping on Plaintiff's heels and showed, in slow motion, only Plaintiff turning toward her, which made it look as though Plaintiff turned on her without cause. He did not; the

video omitted what caused him to turn. These facts are alleged to show the falsity of the battery accusations. Plaintiff does not seek relief for the posting of the video itself.

27. Shortly after the parade, and before the June 10, 2022 broadcast, Plaintiff and Abrams were parked at the side of the road in Plaintiff's car, and Abrams showed Plaintiff the video. Plaintiff said, in substance, "oh man Josh, I don't know why you would post something like that." Abrams said he would take the video down because it did not make Plaintiff look good, and he took it down. Plaintiff alleges these facts from his own recollection as a participant.

28. In that conversation, Plaintiff never mentioned Abrams's parole or probation officer, never threatened to report Abrams to his parole or probation officer or to any government agency, and demanded nothing of him. Abrams decided on his own to remove the video.

29. Before Abrams took the video down, James Freeman, who operates one of the largest channels in the community, captured part of it. Hiller confirmed this on the broadcast: Abrams "posts a video james captures part of the video uh that shows the assault" (Tr. 28:48 to 28:54). Freeman then published videos telling his audience that Plaintiff had battered Peter and battered women. On November 5, 2024, in a telephone call with Plaintiff that Freeman knew was being recorded for publication, Freeman apologized: "You're the only one that I think I took it way too far with though. So, and I apologize for that. I really do." (at 23:51 to 24:00). Plaintiff published the call on his Delete Lawz channel on October 9, 2025, as "JAMES FREEMAN & CHILLE TALK IT OUT; SQUASHED BEEF IS THE BEST KIND." Freeman is not a defendant.

B. The June 10, 2022 Broadcast

30. On or about June 10, 2022, Abrams hosted a live YouTube broadcast on Accountability For All with Peter, Hiller, and Freeman. The broadcast was about Plaintiff and ran about one hour and 25 minutes.

31. A transcript prepared from YouTube's caption track is attached as Exhibit A. The caption track is lowercase and unpunctuated and has no speaker labels. Quotations below are

taken from it, with approximate timestamps ("Tr."). Plaintiff has checked each quotation and speaker identification against the video.

C. Hiller's Statements

Statement 1: Blackmail and Threats Against Abrams

32. Hiller said that Abrams's video was paused in places "because josh is on parole" (Tr. 27:33 to 27:39), then asked, "can i tell this josh," and Abrams replied, "yeah go ahead," permitting Hiller to tell "the blackmail and all that the alleged black men [sic: caption]" (Tr. 27:20 to 27:33). Hiller said "josh told me" (Tr. 28:43) that Plaintiff "sees the video and tells josh take it down so josh has to take it down" (Tr. 28:48 to 29:00). Hiller then asked, "i'm gonna tell the story or or do you think you should tell the story josh," and a voice Plaintiff identifies as Abrams answered, "go ahead you're doing great" (Tr. 29:00 to 29:11). Hiller continued: "okay as far as i know this this is this is what i what has been alleged to me chili pulls the car over and tells josh that he's not gonna post that video because if he does post that video he's going to tell josh's parole officer that josh was all up and down mass avenue doing tons of illegal narcotics in the presence of chile which would get josh violated" (Tr. 29:11 to 29:36). Hiller added that a drug test would "find out that that was a lie" (Tr. 29:36 to 29:48), conveying that Plaintiff threatened to make a false report to the government to extort Abrams.

33. Later in the broadcast, Hiller referred to "the situation with josh where there was blackmail" (Tr. 36:22 to 36:30).

34. The statements are false for the reasons in ¶¶ 27 to 28. Plaintiff and Abrams did talk while parked at the side of the road, but Plaintiff made no threat, made no mention of a parole officer, and did not demand that the video come down.

35. The story also depicted Plaintiff as spending his days on Mass Avenue with Abrams watching him use "tons of illegal narcotics." That is false. Plaintiff never spent time with Abrams, on Mass Avenue or anywhere else, watching him use narcotics.

36. Hiller's only source was Abrams. He cited no text message, voicemail, recording, or document, and although Abrams was on the broadcast, Hiller asked for no proof.

Statement 2: Threat to Come to Hiller's Home

37. After Abrams told the audience that Plaintiff "threatened to go to lackluster's home" (Tr. 18:55 to 19:02), Hiller adopted it: "his threat to come to my home" (Tr. 19:08 to 19:22). He continued: "chilly tells josh ... that he's just gonna show up at my house he's gonna show up at my house" (Tr. 31:13 to 31:25); "the way it was insinuated um wasn't like he was gonna come to my house and challenge me to a friendly debate is the way i understand it i don't know if that's true but that's what i get from the way he threatened to come to my house" (Tr. 31:36 to 31:58); and "so so basically he threatened to come to my house" (Tr. 32:46 to 32:51).

38. To a reasonable listener, and as Plaintiff's audience in fact understood (¶ 9), these statements conveyed that Plaintiff had threatened to come to Hiller's home to harm him.

39. The statements are false. Plaintiff never threatened to come to Hiller's home, did not know where Hiller lived, and never expressed any intent to harm him. By Hiller's own account, the supposed threat was something Plaintiff told Abrams, not Hiller ("chilly tells josh"). Hiller said "i don't know if that's true," and then stated it as fact anyway: "basically he threatened to come to my house."

Statement 3: Threat to Choke Another Person's Wife

40. Hiller said: "that goes back and forth with like i speak telling him he's gonna choke out i speaks wife and stuff like that i don't know if any of this is true the the the choking out i don't think i've seen that text message" (Tr. 21:54 to 22:05).

41. The statement is false. Plaintiff never threatened to choke the wife of the person referred to, or anyone's wife. Hiller published the accusation to more than 17,000 viewers while admitting in the same breath that he did not know whether it was true and did not think he had ever seen the text message it supposedly came from. A speaker who says he does not know whether an accusation is true, and broadcasts it anyway, publishes it with reckless disregard for whether it is true.

Statement 4: Assault and Battery of a Woman

42. Hiller said that Abrams's video "misses a bunch of the assaults on kate" (Tr. 27:56); that Abrams "posts a video ... that shows the assault" (Tr. 28:48 to 28:54); and later, "if that's a point and that's going to cause you to actually assault and and batter ... small little push and and the little elbowing ..." (Tr. 45:34 to 45:55). Hiller also referred to "the video showing him uh assault and batter a woman" (Tr. 36:30 to 36:36).

43. The statements are false for the reasons in ¶¶ 25 to 26. Peter was the one stepping on Plaintiff's heels, and she ran into him. Dozens of police officers were present, and Plaintiff was never arrested, cited, or charged in connection with the parade.

44. Hiller knew Plaintiff directly denied the accusation and knew the video did not show it. He told the audience: "chili says she assaulted him by falling on him i but it's not in the video so we have no way of knowing other than kate's word versus chili's word i tend to lean towards kate" (Tr. 28:24 to 28:37). He admitted he had "no way of knowing." He had just told the audience that Abrams's video "misses a bunch of the assaults on kate" (Tr. 27:56), and he did not withdraw it. Later he conceded "it's not like it caused any injury" (Tr. 45:48 to 45:55) while still calling it assault and battery (Tr. 45:34 to 45:55).

45. Earlier in the broadcast, immediately after Abrams said he had "released a video of him beating up a chick" (Tr. 14:12 to 14:25), Peter said: "so heating up [sic: caption; likely 'beating up'] is kind of maybe that's i wouldn't call it beating up no" (Tr. 14:25 to 14:30). This remark is alleged as evidence that the battery accusations are false. It does not assert a claim against Peter.

Statement 5: "There Are Victims There Is Proof of It"

46. Hiller said: "much like the situation with josh where there was blackmail ... there are a lot more incidents um that have gone through the court ... we are protecting uh a few people ... there are victims there is proof of it that's all i can say for now hopefully more will be more will be revealed" (Tr. 36:22 to 37:17).

47. To a reasonable listener, this conveyed that Plaintiff had committed crimes against identifiable victims and that there was proof of those crimes. That is false. Plaintiff has no victims. He has never committed a crime against any person. The speaker identified no victim, case, or document. He said "that's all i can say" and promised revelations, and in the three years before this action was filed, none came. Instead, he followed it with: "personally i think he he might be somewhat dangerous and could hurt somebody" (Tr. 45:03 to 45:10).

D. Fault

48. Whether or not Plaintiff is a public figure, Hiller and Abrams published their statements with knowledge that they were false or with reckless disregard of whether they were false, and at minimum negligently. Publishing with serious doubts about the truth of a statement is reckless disregard, and recklessness may be found "where there are obvious reasons to doubt the veracity of the informant." St. Amant v. Thompson, 390 U.S. 727, 731 to 732 (1968).

49. Hiller entertained serious doubts and said so: "as far as i know ... this is what i what has been alleged to me"; "i don't know if any of this is true"; "i don't think i've seen that text message"; "is the way i understand it i don't know if that's true"; and "kate's word versus chili's word." Closing his participation, he told the audience: "if this isn't enough for you i i understand um at the moment it's all hearsay it's all alleged for all you know um so keep looking" (Tr. 1:05:07 to 1:05:27).

50. Hiller had been told there was no evidence. Freeman said on the broadcast that he had told "josh and lackluster" in "private conversations" that "i don't have any evidence of anything" (Tr. 41:07 to 41:18). Hiller also knew his only source, Abrams, had his own dispute with Plaintiff over the parade video (¶¶ 26 to 28). Hiller repeated the accusations anyway, then dropped his own qualifiers and stated them as fact ("basically he threatened to come to my house"; "there are victims there is proof of it").

51. Hiller also saw that Abrams's parade video had been cut. He told the audience that when he first saw it he asked "why is it so edited," and that when Abrams called him, "i'm about

to ask him why the video is so edited and before ... i can even ask him he tells me that it's not edited that the video was paused" (Tr. 26:37 to 27:20). Abrams's explanation was that he paused filming because he was on parole and could not be present for a crime (Tr. 27:27 to 27:44). Hiller accepted that explanation from his only source without checking it, even though it did not account for the cuts he had noticed, and broadcast the battery accusation. Hiller also knew how to support an accusation when he could: earlier in the broadcast he told the audience that a remark he attributed to Plaintiff was "all on text message too so i can prove that" (Tr. 20:24 to 20:36). He offered nothing of the kind for the blackmail, home-threat, choking, battery, or "victims" accusations.

52. These were not ordinary expressions of caution. Hiller admitted, on the air and in his own words, that he did not know whether the accusations were true, that he had not seen the supposed proof, that he had "no way of knowing," and that it was "all hearsay," and he broadcast them as fact anyway. Listeners took them as fact, as the response of the audience shows (¶¶ 8 to 9).

53. Abrams knew the blackmail and parole story was false. He was present for the only conversation it describes and knew that nothing in it happened (¶¶ 27 to 28). He invited Hiller to tell it, encouraged him while he told it, and did not correct it. Abrams also knew his parade video had omitted Peter stepping on Plaintiff's heels, because he published the edited version.

E. Abrams Supplied the Accusations and Authorized Hiller to Broadcast Them

54. Abrams was the source of the accusations Hiller repeated. He called Hiller with them before the broadcast (Tr. 26:59 to 27:05; "josh told me," Tr. 28:43). On the broadcast, he told the audience that Plaintiff "threatened to go to lackluster's home" (Tr. 18:55 to 19:02); when Hiller asked "can i tell this josh," he said "yeah go ahead" (Tr. 27:20 to 27:33); and while Hiller told the parole story, he said "go ahead you're doing great" (Tr. 29:00 to 29:11). Abrams supplied

the accusations to Hiller intending that Hiller repeat them to the audience, and authorized and encouraged him to do so.

F. Abrams's Own Statements

55. On June 10, 2022, Abrams told the audience that Plaintiff "winds up threatening uh to give false information uh to the government to try and get me imprisoned" (Tr. 1:22 to 1:39); "commits several acts of of physical aggression" (Tr. 0:52 to 1:04); "you beat a woman and when you beat a woman you threatened me with imprisonment" (Tr. 11:53 to 11:58); "released a video of him beating up a chick" (Tr. 14:12 to 14:25); "you have six separate occasions in this video where he goes hands-on to the point where i have to physically remove her uh remove him" (Tr. 52:51 to 53:03); and "you look at the [ __ ] that's shoving women in the video and you say you're a prick" (Tr. 1:04:17 to 1:04:29).

56. Abrams also told the audience that Plaintiff "has this long substantiated history um of of blackmailing people" (Tr. 16:11 to 16:23); that Plaintiff "stole from me and now you're you're ponzi scheming everyone" (Tr. 11:58 to 12:11); and that Plaintiff uses "manipulation tactics" to "literally [ __ ] people over and defraud you ... it's fraud," and is "literally doing a ponzi scheme" (Tr. 1:01:22 to 1:01:41). He opened the Ponzi accusation himself, saying Plaintiff starts businesses to get money from investors and then "kind of ponzi scheme pays back the previous investors," and asked Peter, "is that about the gist of it" (Tr. 3:18 to 3:45). He told the audience that Plaintiff showed an investor "a skeleton version of google maps with little pillow poppers on it purporting it to be uh an actual application that in no way shape or form exists," and added, "that's what a con does" (Tr. 17:18 to 17:47).

57. These statements are false. Plaintiff did not beat or attack any woman; his only contact with Peter came when she ran into him and when he moved her off his feet after she stepped on them, and Abrams never had to "physically remove" him (¶¶ 25 to 26); did not threaten Abrams with imprisonment or a false report (¶¶ 27 to 28); and has no history of blackmailing anyone. Plaintiff did not steal from Abrams. Abrams told the audience that Plaintiff

used Abrams's card to pay for a hotel room (Tr. 11:04 to 11:34). That is false; Plaintiff never used Abrams's card or any account of Abrams's. Plaintiff did not show any investor a fake application or obtain money from any investor by deception. The application Abrams described never went beyond discussion; it was never built, and no one ever gave Plaintiff money for it. Plaintiff has operated no Ponzi scheme and has never used one investor's money to repay another.

58. On June 18, 2025, Abrams published a new broadcast on Accountability For All titled "BETA DELETE LAWZ SUED ME AND LACKLUSTER.... AGAIN!" (about 28,845 views when captured; transcript excerpts attached as Exhibit B), which was pleaded in the First Amended Complaint (ECF No. 10 ¶ 8). While playing the parade footage for his audience, he repeated the accusation that Plaintiff put his hands on Peter, which is false for the reasons in ¶¶ 25 to 26. In the same broadcast Abrams solicited donations for his legal fees and twice told his audience to unsubscribe from Plaintiff's channel: "go hit the unsubscribe button" (id. 22:42 to 22:47), and "if you like Chile or you intend to watch him hit the [ __ ] unsub button" (id. 29:27 to 29:33).

G. Peter's Statements (Carried Forward from the First Amended Complaint)

59. As pleaded in the First Amended Complaint (ECF No. 10 ¶ 10), Peter has made and republished defamatory statements accusing Plaintiff of operating fraudulent businesses structured as Ponzi schemes, obtaining investment funding under false pretenses, and committing blackmail and extortion.

60. These statements include Peter's statements on the June 10, 2022 broadcast. Asked by Abrams whether he had the "gist" of the Ponzi accusation, Peter said that "i've been told by numerous people now um that what he's doing is he's essentially using it as a front to get investor money" and that "he's probably using the money that he gets from the next product that's never going to happen to pay back something from the people that invested on the previous product that never happened" (Tr. 3:45 to 4:34), and that Plaintiff "also employs blackmail and

extortion and threats a lot" (Tr. 4:34 to 4:48). She prefaced them with "that's what we're guessing to be fair i don't 100 know," showing she was speculating. These are the same statements and the same claim pleaded in the First Amended Complaint, with their words and timestamps added.

61. The statements are false. Plaintiff has operated no Ponzi scheme, has not obtained investment funding under false pretenses, and has not blackmailed or extorted anyone (¶ 57). Peter published them knowing she had no basis for them, with reckless disregard of their truth, and at minimum negligently.

H. Retraction Request

62. On August 30, 2025, Plaintiff emailed Hiller at Lack@lacklustervideo.com, "Just asking for a retraction," and identified the false statements, including: "I didn't blackmail Josh - you never saw receipts of that," "I was never coming to your home - you never saw receipts of that," "I'm not a danger to society," and "I don't have victims of violence that are working their way thru the court." Hiller did not respond, and no retraction has been published.

I. Publication, Identification, and Timeliness

63. Each statement identified Plaintiff by name ("chile," "chilly," "chili") and was understood by the audience to be about him.

64. The statements charge Plaintiff with crimes, including extortion, blackmail, criminal threats, assault and battery, and fraud, and are actionable without proof of economic loss. Ravnikar, 438 Mass. at 630.

65. The statements were first published to the live audience on June 10, 2022, and the recording remained publicly available for years. It has since been taken down; Plaintiff retains a complete copy.

66. This action was filed on June 3, 2025, within three years of that first publication. G.L. c. 260, § 4. Massachusetts applies a functional approach to the choice of limitations period and applies its own statute where maintaining the claim serves a substantial Massachusetts interest. Nierman v. Hyatt Corp., 441 Mass. 693 (2004); Restatement (Second) of Conflict of

Laws § 142. Massachusetts has that interest here: the broadcast was produced in Massachusetts by a Massachusetts host, two of the three Defendants are Massachusetts citizens, and the broadcast concerned a Massachusetts parade, a Massachusetts court hearing, and Massachusetts residents.

67. The original complaint, filed June 3, 2025 (Compl., ECF No. 1), pleaded this broadcast, which it dated "on or about June 1, 2022, just after Memorial Day," and alleged that all Defendants made false and defamatory statements about Plaintiff on it, including Hiller's statement "There are victims. There is proof of it." The First Amended Complaint (ECF No. 10 ¶ 9) mistakenly placed Hiller's statements in Abrams's June 18, 2025 video, in which Hiller did not appear. This complaint corrects that error. Every statement pleaded against Hiller here was made on that same broadcast, and the claims arise out of the conduct, transaction, or occurrence set out in the original complaint. Fed. R. Civ. P. 15(c)(1)(B).

J. Prior Proceedings

68. Hiller was not a party to DeCastro v. Abrams, No. 1:22-cv-11421-ADB (D. Mass.), and no claim against him has ever been adjudicated. In that action, Plaintiff's original complaint, filed September 2, 2022, asserted defamation and related claims against Abrams and Peter based in part on statements made on the June 10, 2022 broadcast (ECF No. 1). On November 16, 2022, Plaintiff filed an amended complaint asserting copyright claims, which superseded the original complaint (ECF Nos. 62, 67). On July 11, 2023, the court dismissed the action because Plaintiff had not met the copyright registration requirement of 17 U.S.C. § 411(a) (ECF Nos. 133, 135). No court has decided the merits of any defamation claim based on the June 10, 2022 broadcast. Claim preclusion requires a final judgment on the merits, and a dismissal resting solely on the § 411(a) registration precondition is not one. Foss v. Marvic, Inc., 103 F.4th 887 (1st Cir. 2024).

69. Plaintiff filed DeCastro v. Peter, L.A. Super. Ct. No. 23SMCV00538, on February 6, 2023, concerning the May 30, 2022 parade and other publications. Peter did not appear, and

her default was entered on June 5, 2023. No judgment has been entered against her. On May 20, 2025, Plaintiff, then proceeding pro se, filed a request for dismissal without prejudice on Judicial Council form CIV-110, and on May 20, 2025 the court's docket placed the case in the special status "Dismissed Per CCP 664.6." No settlement agreement or release existed in that action. That action did not involve the June 10, 2022 broadcast or the statements pleaded in this complaint.

## V. CLAIMS FOR RELIEF

### COUNT I: DEFAMATION AGAINST DEFENDANT DALE HILLER

70. Plaintiff incorporates the preceding paragraphs.

71. Hiller published Statements 1 through 5 (¶¶ 32 to 47) to third parties. The statements were of and concerning Plaintiff, defamatory, and false.

72. Hiller published them with knowledge of their falsity or reckless disregard of whether they were false, and at minimum negligently (¶¶ 48 to 52).

73. The statements charge Plaintiff with crimes and are actionable without proof of economic loss. Plaintiff suffered injury to his reputation and mental suffering, as alleged in ¶¶ 7 to 13.

### COUNT II: DEFAMATION AGAINST DEFENDANT JOSHUA ABRAMS

74. Plaintiff incorporates the preceding paragraphs.

75. Abrams published the statements in ¶¶ 55 to 58 on June 10, 2022 and June 18, 2025. He was also the source of the accusations Hiller repeated, and he invited, authorized, and encouraged their publication on his own broadcast (¶ 54). The statements were of and concerning Plaintiff, defamatory, and false.

76. Abrams knew the blackmail, threat, and parole accusations were false, and published the remaining statements with knowledge of their falsity or reckless disregard, and at minimum negligently (¶ 53).

77. Plaintiff suffered injury to his reputation and mental suffering, as alleged in ¶¶ 7 to 12 and ¶ 14.

COUNT III: DEFAMATION AGAINST DEFENDANT KATHERINE PETER

78. Plaintiff incorporates the preceding paragraphs.

79. Peter published the statements in ¶¶ 59 to 60. They were of and concerning Plaintiff, defamatory, and false, and Peter was at fault (¶ 61). Plaintiff suffered injury as alleged in ¶¶ 7 to 15. This is the same defamation claim pleaded against Peter in the First Amended Complaint (ECF No. 10, Count I).

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Award compensatory damages for lost revenue, injury to reputation, and mental suffering, in amounts to be proven at trial, but not less than: against Hiller, $255,702; against Abrams, $255,702; and against Peter, $152,851;

B. In the alternative, permit jurisdictional discovery as to Hiller as described in ¶ 19;

C. Award costs under Fed. R. Civ. P. 54(d) and pre-judgment and post-judgment interest as allowed by law; and

D. Grant such other relief as is just.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: November 12, 2026

Respectfully submitted,

______________________________

Jose Maria DeCastro
Plaintiff, Pro Se
5350 Wilshire Blvd, PO Box 36143
Los Angeles, CA 90036
(310) 963-2445
chille@situationcreator.com

CERTIFICATE OF SERVICE

I certify that on November 12, 2026, I served this Second Amended Complaint, with Exhibits A to D, (a) by first class U.S. mail, postage prepaid, on Joshua N. Garick, counsel for Defendants Abrams and Hiller, Law Offices of Joshua N. Garick, P.C., 34 Salem Street, Suite 202, Reading, MA 01867, and it will also reach him through the Court's CM/ECF system when docketed; and (b) by first class U.S. mail, postage prepaid, on Defendant Katherine Peter at her last known address, 47 Avery Street, Apartment 1, North Attleboro, MA 02760. Defendant Peter was personally served with the summons and First Amended Complaint on December 11, 2025, and has not appeared. This Second Amended Complaint asserts no new claim for relief against her, and is served on her under Fed. R. Civ. P. 5(a)(1)(B) by mail to her last known address under Fed. R. Civ. P. 5(b)(2)(C).

______________________________
Jose Maria DeCastro

EXHIBIT LIST

Exhibit A: Transcript of the June 10, 2022 broadcast, prepared from the YouTube caption track

Exhibit B: Transcript excerpts of the June 18, 2025 broadcast (previously filed as ECF No. 34-2)

Exhibit C: Plaintiff's YouTube Studio data: daily views and monthly revenue, 2022, and live stream analytics for May and August 2022

Exhibit D: Blood pressure reading, August 29, 2022

DeCastro v. Abrams, No. 1:25-cv-11610-ADB (D. Mass.)

# EXHIBIT A

Transcript of the June 10, 2022 broadcast, prepared from the YouTube caption track

what's uh what's up everybody thank you for being here i'm here with uh the world's largest trash bag that being the
0:08
masshole report in fact um lackluster is prettier than her so i'm gonna put him up top
0:14
you really can't so that's that's accurate um i wanted to bring uh to people's
0:21
attention some stuff that's been going on i've been i've been kind of quiet the past uh the past 10 days but i think as
0:27
you guys know delete laws he comes he films in massachusetts in massachusetts everything's uh going great and then i
0:34
think you've all seen the video about what happened uh at the memorial day parade so we're there and we had a
0:40
discussion that we we didn't want um the rhetoric or or you know the message we're trying to push to to you know have
0:46
to do with with children especially some of the language being used regardless uh kate our friendly neighborhood trash bag
0:52
shows up and it starts as a good trolling you know what i mean like i'm having fun it quickly escalates uh to
0:59
the point where he gets uh he commits several acts of of physical
1:04
aggression um and you can't really see it on his end because he wants to be the star of his video all
1:10
the time so even when he's doing an interview about victims the only person you see in the video
1:15
is delete laws so i go back and i review my footage and it just it's not a good look for for
1:22
chile at all and then he immediately tells me that that i need to take uh this information
1:28
down turns out that he winds up threatening uh to give false information
1:33
uh to the government to try and get me imprisoned uh for for releasing this
1:39

video so for several days i was actually quiet about this but i was giving this information to places like mass hall
1:45
report into lackluster people on james freeman who's here now people on both sides of the fence so that way should
1:52
anything happen um this this information has been saved so this is just the start
1:59
of things uh getting rough uh is these these threats to um have me in prison and i should mention you know for
2:06
someone that's going around preaching law and order telling small children's don't trust the cops they'll rape you he
2:11
could not have more quickly ran to the police which is another issue of
2:16
that i have with it personally because i don't go to the cops i mean you guys can can see this i think the only time i
2:23
ever contacted the police when was when trolls showed up to my mother's house uh so
2:29
the bottle thing no separate separate from that people yeah because i remember the pepsi
2:35
cam that i just remembered that it was pepsi can right right it was a a coke bottle it was coca-cola so
2:42
they chose they at least chose the better brand um so this type of information is happening and as it
2:48
happens like i had been an ardent supporter of chile to my detriment right like i caught a lot of heat like when
2:54
directee and and um sjvt and freeman were all kind of out in him i didn't do
3:00
anything because i always go by the moniker that i'm i i'll let you [ __ ] me first and then i'll have nothing to do
3:07
with you and then that seems to be exactly what happened everything that everyone warned me about wound up being
3:13
the case uh and it wouldn't be right if i didn't have receipts um so we kind of
3:18

did this last minute but for example um you have to understand that this guy has set up now kate you want to tell people
3:25
about how his businesses work because i mean my basic understanding is he sets up these businesses um to get to get
3:33
monetary assistance from investors and then to apply for lines of credit but once it comes to actually registering
3:39
the businesses he lets it fall flat starts a new business and then kind of ponzi scheme pays back the previous
3:45
investors is that about the gist of it that's what we're guessing to be fair i don't 100 know i'm still trying to piece
3:52
together so what i know for sure um after looking up is that he he tends to start a lot of these corporations these
3:59
llc's he immediately lets them fall apart so they get administratively uh suspended which means he he'll he'll
4:05
incorporate and then he'll never file an annual filing so the business falls apart i've been told by numerous people
4:12
now um that what he's doing is he's essentially using it as a front to get investor money and then apply for lines
4:18
of credit um on products that never come to fruition and then just kind of drops it
4:23
what the assumption is at this point is that he's probably using the money that he gets from the
4:29
next product that's never going to happen to pay back something from the people that invested on the
4:34
previous product that never happened but honestly from what i know about what i've heard about at this point from multiple people not just you um he also
4:42
employs blackmail and extortion and threats a lot so i don't i don't know what point right it could be that he's
4:48
just literally like people invest in him realize that their money isn't going and is not going to be making any money and
4:54

then he has [ __ ] on them holds it over their head so they don't want to [ __ ] say anything that could be it too i don't know

5:00

well i mean i've never done here i've never done to you i just want to play i've never tried to get you thrown in jail and we're [ __ ] enemies never

5:06

tried to do that and it doesn't fall at that because it gets to a point where he has so many liens on him now i have i do have his

5:14

full criminal background check um and i you know my criminal background isn't a secret i've i talk about it everyone

5:20

else has talked about it um but you know he would have you believe that he doesn't have a criminal record now as

5:25

far as i'm concerned that doesn't affect me the person you were yesterday is different than the person you are today can be different than the person you are

5:31

tomorrow however it's about being open and honest with your subscribers right because if he's going gonna lie about

5:37

one thing who's to say he's not lying about the other thing um now i am not going to put the criminal record up here

5:43

because a i don't want to bring the attention to the victim that's involved in these cases

5:49

and i haven't had time to edit out their names but i i think that at least two of the people on this panel have seen the

5:55

totality of the criminal record that does exist i mean charred convictions like stalking um a strangulation charge

6:03

multiple restraining orders i'm not familiar with any strangulation i'd have to see that

6:08

um the only reason i'm pointing that out because i try to be fair and um there was a little bit of a discrepancy with

6:13

in some of these uh commercial background sites in particular there seems to be some sort of misnomer and

6:19

some so he's actually having some charges attributed to him and when you go back in the courts and look it's either not him or it's somebody that has

6:25
a really close name so i'm not familiar with the strangulation the uh the stalking 110 is him verified no
6:31
questions asked yeah so i mean and i will double check i had seen that but if you're saying that that could be a different record then
6:37
then well allegedly anyway i'll share with you too like you know when we're off this but i have what i
6:43
consider to be a pretty uh accurate and total um you know sort of criminal record here which like i have one too
6:50
and if chile had just let the judge talk not this hearing with the last one he would have gotten it but two so i'm not i
6:56
don't need to hide from it but um i try to be as accurate as possible so i mean like yeah he's got a bit of a criminal
7:02
record um again like you know i think the most major thing would be that ghb manufacturing and sale which i know now
7:08
was a diversion a drug court diversion thank you very much massachusetts courts but uh you know i still am not entirely
7:15
convinced he's not a [ __ ] snitch yeah so another thing that that's
7:20
interesting is i see a lot of people in the chat saying oh you know josh you finally woke up everyone on this panel knows that i've been dealing with this
7:28
for almost two weeks now like as soon as this incident happened as soon as we left kate and then it came time to let's
7:35
go confront the police about it um that's when these incidents started happening so i was kind of tight-lipped
7:41
about it and for my own sake and freedom i i did remove the video however almost immediately i sent everyone on this
7:48
panel uh people on both sides of the fence the the full video of what happened just
7:54
so if anything did happen to me there was a documentation of it but i want you
7:59

guys to know what's happening for example chile hosted uh they hosted a panel couple days ago
8:05
maybe about a week ago actually it was right after this incident happened because i think he wanted to get back into the people's good graces so what he
8:12
was going to do for us the people since he is such a kind and a beloved gem of these united
8:18
states of america is he was going to have several people on and feature their stories and ask everyone to send cash
8:25
app paypal up hold let me get james on the big screen those are free range boobies
8:31
so you're on mute james you can't hear you figure out how to use a microphone you have 400 000 subscribers better
8:36
yourself man what's going on still can't hear you i'm a mute buddy
8:42
you are unmute i'm not even [ __ ] with you right now hey this is my first day
8:48
okay there you go he's trying to be the screaming great somebody asked to see him so i was just trying to stretch and
8:53
here you go just air it out as long as you say it not saying any uh any any bad words today um
9:00
so keep in mind folks that he does this and he says all right so for example i think great lakes audits which he had
9:06
nothing to do with this and then there was christy and sarah they go up in his panel and he features each one of their
9:12
stories and asks if you can donate to them so that way you guys can can help them
9:17
through their cause what he didn't tell you or anyone else was what you're seeing on the screen now let me put the
9:24
first one up first i have them chronologically he's talking about the cash apps i'm gonna list yours and then anything over five thousand dollars we
9:30

will work with we will work with it for for the people involved but it's gonna be tough to reach five thousand bucks
9:36
i'm going to list it and we're gonna pull the money at the end hold on a second let's continue to read i have
9:42
four thousand going to bobby a thousand going to mo for the website stuff for the public information request demand
9:48
for return to property and for other documents you know people really believe in him and great lakes as a friend to
9:54
him which is why i don't think anyone thought to say wait why are you having us go up there and
10:00
asking people to send us money for our causes so then you can go send
10:05
the money to somebody else why wouldn't we just do a donation run for those
10:10
people because he's the one pulling in these funds like that makes no no sense
10:15
in and of itself so now say that we have two issues of dishonesty uh in regards
10:21
to finances and stuff like that i don't make money people think that i make uh i i get some people thinking
10:28
that i make this a ludicrous amount of money when i see 136 dollars missing from my for my debit account i noticed
10:35
that right so as you guys can see let's find that 386 that was for a hotel
10:41
i went on my account and paid for for chili's hotel uh so you can see right there that's from 5 29 2022 that was for
10:49
two night stay so he could go out and film with us um shortly after the kate incident happened
10:56
i mean right after the cage incident happened i look at my my account and i see this 130 dollar 69
11:04
cent charge which is strange because i didn't pay for his room i call up the
11:10
place and i'm told that he used my card and he told me oh no i gave them i gave
11:15

them my card information and they just must have made a mistake i spoke to the woman at the front desk she was very clear this kind of first of all this

11:22

kind of mistake cannot happen because if he's swiping a new card versus just recharging a card that's in the system

11:28

it's two separate prompts so that couldn't have been a mistake secondly secondly she said straight up like he

11:34

was very clear charged the card on file so now we have all these issues of dishonesty which and of course we have

11:41

conversations where he's telling me oh we can't let the trolls divide us josh we can't let the trolls divide us and i

11:47

i have a hard time understanding like how he can be so neurotic to the point where it's not the trolls that are

11:53

dividing us buddy you beat a woman and when you beat a woman you threatened me

11:58

with imprisonment even though you hate imprisonment and you hate the cops but you ran to them pretty quickly and then you stole from me and now you're you're

12:05

ponzi scheming everyone and you're trying to take over my home like that that's what the divisiveness was like i

12:11

i welcomed this guy he couldn't stay here um because he was carrying his guns and everyone should have their own

12:16

second amendment right i don't i really don't give a [ __ ] as far as gun licenses go but he couldn't stay at my house and

12:22

you know because he's driving around because he has these firearms he doesn't have a license for him in massachusetts need a license and if you do have a

12:28

license they need to be disassembled and the ammunition has to be stored separately that was not the case with him so he was

12:35

not going to um stay here but you know we fed him did his freaking laundry and

12:40

then i go out at 10 p.m at night and i sent a picture to i think james lackluster and in kate that he's got his

12:48

van backed into my driveway with an extension cord running out of the sunroof and it's plugged into my
12:54
to my and i'm wondering why the wi-fi isn't working um so today
13:00
we go to court um and i'm sitting in the audience and and kate will give you uh on her show she'll
13:06
give you an update what happened here let's just say if you guys didn't know uh if you didn't think a judge could
13:12
rule make a court ruling on record that someone had been trolled a judge can do that
13:19
which was hysterical but i didn't even speak i sat there and not for nothing the constitutional law scholar didn't do
13:26
so hot mass will report lodged two formal objections both were i mean the judge didn't say sustained but every
13:32
time he she made an objection the judge quickly moved him on to the next topic but i said nothing i sat there now when
13:39
we went on recess he immediately started messaging me while i was outside during the court
13:44
recess and afterwards he does this live stream about how afa is a snake right and i
13:50
have all my subscribers reaching out saying how could you do this you pretended to be his friend and to screw
13:55
him over i just haven't went public with any of the stuff that's been going on but this
14:00
stuff has been going on for 10 days you know what i mean and i said i wasn't going to do anything until he retired
14:07
first now he put me in a position suffice it enough to say everyone sjvp
14:12
directy james lack they all told me so and so that is on on me but apparently i
14:19
am a snake in the grass because i released a video of him beating up a chick and i wouldn't

14:25
uh i wouldn't hide that video um so heating up is kind of maybe that's
14:30
i wouldn't call it beating up no he's an alice real quick i just want to make a couple points though josh abrams
14:37
is uh looking like you're aligning yourself with me at all or you know quote-unquote assisting me in any way is
14:43
that beneficial to you realistically no absolutely not it's it's detrimental yeah everything's like it's harmful to
14:50
you probably right like yeah anyone who says that this is like some sort of credibility killer like my opinion
14:55
doesn't matter here anyway but with all due respect i think you're a [ __ ] [ __ ] like if anything this should be a credibility like like he has absolutely
15:02
no reason personally or professionally to ever go to court with me unless it's like
15:08
i mean no because neither one of us even call the cops right so there's no reason to go to court but he [ __ ] did because several cops drove by us and now
15:15
gave kate the stink eye because she was standing within a general vicinity of me and like i i'm not friends with
15:23
her and some people he's trying to explain to people that oh this will help josh because now he'll have the 1a people and he'll he's also going to get
15:30
the the troll community that's not how that works look at the video i released today i don't delete comments unlike
15:36
chile so you'll see all the negative comments people have to say uh [ __ ] tits is still a [ __ ] piece of [ __ ] they still don't like me chilly they
15:43
just hate you way more i didn't do this at the end of the day because i'm
15:48
aligning myself with with mass hole or kate or or trying to endear endear myself to them i'm doing it because no
15:54
person is going to tell me what i can and can't do what i can and can't release and for you to get on the scene
16:00

and purport to be an activism after you've been kicked out and deleted from every other community you've been
16:05
involved in for you to then use the very people like he's in a courtroom today saying yeah i hate the police hey judge
16:11
you want to help me with this i also want to press criminal charges like this is the person he it's just he has this
16:17
long substantiated history um of of blackmailing people and it's not just
16:23
that after he left me he went to new hampshire and when he got to new hampshire he went to visit a guy at his
16:30
house right and he tells this guy that he needs his time to think so he kicks the man out of his own home so now the
16:36
guy has given up his home to chili this guy's at a hotel he comes back at 6 15
16:42
and allegedly he finds certain paraphernalias and i will leave
16:48
it at that and this guy had a total [ __ ] meltdown and kicked chili
16:53
straight out of his home uh so then when chile moved on to the next one and found himself some
16:59
investors in his app so i'm sitting in the car with chile and he's talking to his cousin about making this app and and he has
17:06
this big investor that's going to invest in the app and his cousin's saying like realistically that doesn't work like youtube isn't
17:12
that simple you're making a really complex issue out to be something simple he's like oh we don't need to create the
17:18
app we just need to make it look good for an investor so he speaks to this investor who says i'll toss you a large
17:24
sum of money which they wound up sending him if you can actually produce this app and show me what it is later that night
17:30
he's got an extension cord hooked up and he's showing you a skeleton version of google maps with little pillow poppers
17:36

on it purporting it to be uh an actual application that in no way shape or form
17:41
exists um you know lackluster he tried to endear himself and that's that's what a con does right
17:47
like when you go out with them they'll spend all the money they'll make you look real make themselves look really good they will be the most lovable
17:53
person you have ever met so then later down the line they can either ask you something for in return they can ask you
17:59
quid pro quo or they can try and push you into doing something if you don't do it out comes the blackmail right i mean
18:05
you have the situation for example lackluster he has been nothing short of a godsend
18:11
in this community because he's not like the big other big channels that will just feature really big people like him and
18:18
james they'll feature anyone they want to get out you know what what our movement is and
18:23
try and help people he really wants to try and help people um and he did the same thing and he just he
18:29
just questioned chili and that's all it takes is a question james question chili lackluster question chili the reason
18:35
they didn't get uh physically assaulted is because they're they're men he has a severe inferiority complex like he if if
18:43
it's a man that's getting in his face he will back down immediately as he did with james and lack when it's a woman
18:48
that's that dares to question his authority then you know you have some real problems and he's willing to call
18:55
you i mean terrible burns i'll get you you psycho chick that was wonderful he he threatened to go to lackluster's home
19:02
right he tried to endear himself to lackluster uh he wasn't taking the bait and he was like listen man you're lying
19:08

you're saying i'm trying to contact you a lackluster what happened yeah yeah i was going to say don't don't conflate like him and do himself to me
19:15
and and his threat to come to my home those are two very separate issues and is right right the reason why i told him
19:22
don't ever contact me again um i i'd like to back up a little bit i
19:27
want to kind of give you guys my history that i've had with this guy um he reached out to me when he was still on
19:32
tick tock and at first just like everybody else i'm like oh cool the message seems kind of neat and uh
19:38
and in fact uh i i kind of agree with a lot of what he's saying and some of the the the goals that he has right this is
19:45
way back in the beginning so uh he starts messaging me on instagram
19:53
telling me i'm wrong everything i'm doing is wrong i have great video presentation but everything i'm saying is wrong i have to talk about uh
20:00
terry v ohio and i'm got sick of it at one point and i was like dude look i i'll look into it if
20:07
you want to present something even on my channel i'll let you do a little three-minute spot and i'll post it
20:13
um but as far as my channel i know what i want to say and i'm fluent in saying
20:18
what i i have to say so i'm gonna keep doing that because it's working and uh
20:24
um so he got super pissed about that and he told me i'm nothing but a [ __ ] reporter
20:31
this is all on text message too so i can prove that at some point if i have to um
20:36
so he tells me i'm a [ __ ] reporter and then i need to give him james freeman's number oh and then he lied
20:42
about like how many like he lied to a bunch of my friends about how many times we talked on the phone it was really weird i don't understand
20:48

why he did that but uh but that was the first weird lie that came out of him and then he called me a
20:54
[ __ ] reporter which is fair i mean i i don't have any qualms with that but the uh the way he did it was just
21:01
yeah [ __ ] you dude so anyway i i kept my distance a bit
21:06
um then what happens oh and so he tells me i have to give him james freeman's number and i said no i
21:14
won't give anybody's number i'll give james from your number well james freeman doesn't reach out and that's fair it's his
21:19
choice right so then he's chilly tells me that he's gonna make a video and it's gonna expose me and james
21:26
frieda freeman and uh that's going to come out on october 24th which happens to be the day
21:32
that he told taluqua to get on his knees and get back in the studio and write him a song table quality is a a very
21:40
well known somewhat underground hip-hop artist if you guys don't know uh who also leads
21:47
some big uh black initiatives throughout the united states
21:54
closely related to black lives matter so anyway that goes back and forth with like i speak telling him he's gonna
21:59
choke out i speaks wife and stuff like that i don't know if any of this is true the the the choking out i don't think
22:05
i've seen that text message but um so needless to say the video that exposed
22:12
me and uh james freeman never happened
22:18
and he begged me for help he left me voicemails non-stop just like called me
22:23
over and over again texted me over and over again without any replies uh from
22:29
me and um begged me to help him to tell everybody that he wasn't a racist and
22:35

you know i don't know whether he is or isn't it's not for me to say uh and uh
22:43
i just think it's all funny um and it's
22:49
it's just like there's so much so i'm trying to like remember exactly like where it's at so okay you need a bullet
22:55
point and a powerpoint presentation to list every time that he's [ __ ] you
23:00
i need a script for sure but uh but so so um
23:06
i had it too um so yeah then he leaves me all these voicemails on like how he's watched
23:11
videos on how to give true apologies and so this is my real apologies it was like
23:16
very ingenuous like and and so i never responded to that and then he gets kicked off tick tock
23:23
he comes onto youtube and um and you know i i donated a bunch of money for uh
23:30
you know to help with whatever he was doing in ironing because it seemed like he was doing something really good and i guess i hadn't learned my lesson
23:36
so uh so that whole thing happened and then james called him a statist and then
23:41
i was like oh yeah i agree he's a status um and and i said that in some other chat and chili saw it and they said i
23:48
hurt his feeling and i said well you are statist he said well debate me i thought okay so i was gonna debate him right
23:55
and uh and then he starts getting kind of upset about it oh no no
24:00
then he goes on uh i think it was your stream afa he says
24:05
black poster he says uh he says on your stream that he has called me and left me a bunch of text messages about the
24:12
debate giving me bullet points of exactly what he wants to argue about and that i hadn't responded trying to make
24:18
me look out look like i'm the [ __ ] right all that's a lie so chili calls me and i

24:24
call him out in that stream i said no you're why dude you haven't reached out once you know uh afa reached out like the day that we
24:31
had we were going to set it up but other than that i hadn't heard [ __ ] from chili but he's saying
24:36
he's giving out all his info or calling me and stuff and uh so
24:43
he finally does call me and he tells me that he did he's he's trying to convince me that i'm the dumb one and that he did
24:50
call me a bunch of times and that i'm lying to myself or something and so i showed him screenshots of all my call
24:56
records showing that there's no uh phone calls and then he made a little video you guys might have seen it and he's
25:01
like i apologize i i i had the conversation in my head and so i thought i actually made the call
25:06
which is like complete [ __ ] that's great though if you think about it
25:12
literally how much of like a sociopath like i was talking to myself that time it's all the voices in my head get
25:18
confusing so yes it's ridiculous and and like and maybe maybe that was true right it was
25:25
giving the credit the benefit of the doubt that maybe that was true and and that he thought he had called me
25:30
several times and left me several text messages but it was all just uh in his head and and he thought
25:36
it was real right i think it's real i think it's real a lot of things happen in his head that don't happen in reality
25:42
yeah it might be so then so at this point now now i'm kind of
25:48
pissed i'm like well screw this guy i'm not gonna give him my platform i'm not gonna debate him you know like why why would i if he's gonna
25:54

lie and try to make me look like a dick it's not going to be a fair fair debate if he's coming in bad faith immediately
26:00
right off the bat before it even happens so i kind of distance myself i watch from the distance and uh memorial day
26:07
parade happens and i see it from chile's point of view and it's
26:14
interesting that the camera keeps getting is getting covered and i can hear the cops saying twice
26:20
i see what you're doing you're walking quickly and stopping short
26:25
making a run into you and then i see kate's video where you can blatantly see him elbow the phone
26:31
out of kate's hand then i see josh's video and uh
26:37
when i first saw josh's video i had very many questions just like everybody here in chat did
26:42
why is it so edited and at first i thought josh's josh is bunked up with
26:48
chili uh josh is bad okay cause i before this i i really haven't had any much
26:54
uh communication with you josh other than like a couple videos we worked on but
26:59
um so at one point josh calls me
27:05
and i'm about to ask him why the video is so edited and before he can
27:13
before i can even ask him he tells me that it's not edited that the video was paused and the reason
27:20
it was paused can i tell this josh yeah go ahead okay and and the blackmail and all that
27:27
the alleged black men yeah go ahead man right cool um so the reason that he he had to pause
27:33
his video in in a bunch of different parts is because josh is on parole
27:39
and if he is in the presence of a crime he can get violated and sent back to jail there's a possibility whether or

27:44
not it will happen who knows it didn't now because josh was covering his ass so he's trying not to record a crime
27:50
otherwise he'd be forced to report it and be uh or be violated
27:56
so his video misses a bunch of the assaults on kate
28:01
now what do what kate did is is it is it terrible i i don't think it's terrible
28:06
was it right maybe not i don't i don't care but like realistically it's what we do to cops you know we we track down their location
28:13
with scanners and go film them and you know some people yell at them whether or not you like that style of auditing or
28:18
whatever who cares it's the same [ __ ] thing uh get over it kate was there she was verbal
28:24
chili says she assaulted him by falling on him i but it's not in the video so we
28:30
have no way of knowing other than kate's word versus chili's word i tend to lean towards kate she's never lied to me
28:37
uh chile has on multiple occasions and defamed me in front of live audiences
28:43
that being said um josh told me that the reason
28:48
uh the videos that it is he got positive it was good get violated so later on that day he posts a video james captures
28:54
part of the video uh that shows the assault chile sees the video and tells josh take it down so josh has to take it
29:00
down and now they're driving around and uh i'm gonna tell the story
29:06
or or do you think you should tell the story josh go ahead you're doing great
29:11
okay as far as i know this this is this is what i what has been alleged to me
29:17
chili pulls the car over and tells josh that he's not gonna post that video
29:24
because if he does post that video he's going to tell josh's parole officer
29:30

that josh was all up and down mass avenue doing tons of illegal narcotics in the
29:36
presence of chile which would get josh violated granted they would do a drug test and
29:42
find out that that was a lie but it would typically take between 15 and 90 days for them to do that and for them to
29:48
release him that means josh has this conundrum
29:54
do i release the video and sacrifice 15 to 90 days of my
30:00
freedom or do i just withhold it and try to like clear my name and do all this stuff so like he jumps on james freeman's chat
30:07
uh looks like he's back in chile and and you know all this is just to cover his
30:12
own ass um you know i'd offered we we tried to get josh to a um
30:19
a private hospital i offered to pay for his uh drug testing so that they could
30:24
turn that into his parole officer um unfortunately they won't accept that because they need a dick gazer i don't
30:30
know if i can say that on your channel but they need somebody to physically watch and like he gets fondled or something every time
30:36
he goes in um and uh and so yeah they wouldn't accept that
30:42
but josh cleared everything up with his parole officer and um
30:48
and now we're at pretty much where we are today with i mean a little bit more behind the scenes stuff oh oh no no no
30:55
then then uh then josh is hanging or chili's hanging around josh's towel showing up at random without um
31:02
without uh notifying you of notifying josh of hey i'm going to show up at your
31:08
house randomly and use your internet without your knowing um and josh tell or
31:13
chilly tells josh because now we're in this little quarrel about this um him lying about the debate
31:20

that he's just gonna show up at my house he's gonna show up at my house
31:25
and um i mean i it's a nice house he'd probably like it here
31:30
i like it here but i don't know he'd probably kick you out
31:36
yeah he'd probably try to move um but but the the way it was insinuated um
31:42
wasn't like he was gonna come to my house and challenge me to a friendly debate is
31:47
the way i understand it i don't know if that's true but that's what i
31:52
get from the way he threatened to come to my house now subsequently he called me and
31:58
of course he recorded the conversation and and just to get this out in front of everybody i said a bad f word that ends
32:04
with a t during that phone call he's probably going to release it so you guys can all hear me say a really bad bad word you
32:10
said fart yeah that was it it was one extra syllable
32:16
fart to fart uh so so he's probably gonna release that and
32:22
and try to i don't know defame me for saying a bad word but that's all right you said it
32:28
that might be might be something i might have said once but uh so
32:33
yeah just real quick what james is referring to is that is the english translation to a bunch of sticks and that's what he was
32:40
saying um and he's a piece of [ __ ] go ahead lax sorry yeah
32:46
so so yeah so so basically he threatened to come to my house he jumped on the phone call and
32:51
and of course during the phone call he the app that he uses whenever he's on
32:56
the phone with you he he'll be like it'll kind of like cut out and then pause for a second and he'll be
33:02

like what was that i can't hear you and that's the app kicking in to record the conversation if you didn't know if you
33:08
ever if you ever have the uh an opportunity to to talk with chili that's what's happening
33:14
um and i record the conversation too so if he ever releases a portion of it i'll
33:19
release the rest of it um but basically you know i was telling him i told him
33:24
everything he he he he tried to act like real nice and sweet because he knew he
33:31
was recording and he was trying he's obviously trying to get some kind of dirt on me or something so he was asking
33:36
me about this and that and so every time i had to respond i had to tell him hey you know like you did this this this
33:42
this this this no i'm not gonna help you you did this this is it repeat it over and over again you'll
33:48
you'll probably hear it if he ever releases it if not maybe i will so
33:53
yeah it's not kind of [ __ ] up like i'm sorry so i mean not the most popular person in the 1a or uh volunteerist uh
34:01
community right but i've talked we all hate you yeah i know that's okay i you can't hate me more than i hate
34:08
myself to be fair but um i've had phone conversations with numerous numerous auditors
34:15
um over the years i have never felt compelled to record one of them like when you are getting into such a
34:21
distrustful relationship with someone who's supposed to be on your side although i think that line of thinking
34:26
is [ __ ] ridiculous and you are now compelled to have to record your conversations like that is not a great
34:31
individual in my opinion yeah no i mean but i mean this is what
34:38

we come to expect i mean and james kind of kind of hit him with it i will say uh that this is the time in the show where

34:44

we do have a um a financial supporter we we have finally made it where we have paid

34:50

promotions um a celebrity has uh stepped forward so today's video is brought to

34:56

you by the 360 cam endorsed by denzel washington so we really do appreciate uh we really

35:03

appreciate that denzel that's uh thanks denzel that's great work by the way for anybody

35:09

who's new to the goddamn community like we've been talking about 360 cams for like

35:14

years before he even had an account on the internet like

35:20

right because it was his idea yeah of course or that he created the term beta that

35:25

was my word well here's the thing i'm also like the piece of [ __ ] and i am a piece of [ __ ]

35:31

but i mean like the the figurative piece of [ __ ] in in this emphasis is like i'm the piece of [ __ ] because

35:37

i turned on him right like no i just gave him a chance you know what i mean like i i wouldn't be in this predicament

35:43

had i just listened to wiser people that have been through this and be like you know what maybe i shouldn't i shouldn't

35:49

[ __ ] go do that but why i'm the piece of [ __ ] now because i go out with this guy and then he [ __ ] me over like i

35:55

welcomed him with open arms and i took a lot of heat for supporting him but i would do that with anybody until you screw me over i have no reason to not

36:02

to not trust you and that's exactly what happened and if he would have just shut the [ __ ]

36:08

up and kept on his mission probably have like not had all this [ __ ] heat on it but

36:15

you know that's a [ __ ] lie yeah yeah and and
36:22
there okay much like the situation with josh where there was blackmail for him to not release alleged blackmail to for
36:30
him to not release the video showing him uh assault and batter a woman for her words
36:36
um there are a lot more
36:41
incidents um that have gone through the court um and
36:46
the reason those things haven't came out yet is because we are protecting uh
36:52
a few people and um there are a few people that we can't
36:58
allow them to have their lives damaged or destroyed and um there are victims there is proof of it
37:08
that's all i can say for now hopefully more will be more will be revealed
37:17
i mean i i know that uh kate has uh a live stream going on what
37:23
like 9 p.m eastern standard time tonight oh look she's frozen now we can talk to
37:30
you [ __ ] rage quit dude look at that she couldn't handle it
37:36
oh wait no she's back you there kate she's almost back we can't hear you
37:43
chilly showed up and punched you sorry [Laughter] so kate's live at 9 00 p.m eastern
37:50
standard i'm not going to talk about what would happen at court um but that seemed to be thanks fangirl that seemed
37:55
to be like really the crux of his being upset with me is that i showed up um and
38:01
i sat in the gallery at a courtroom i mean i don't understand like how that
38:07
works like he also threatened me in the lawsuit i sent you guys that i think i sent everyone here the text message the
38:12
other night uh he sent me screenshots of me now i did this because i knew he would do it so i was trying to set the

38:18
stage here uh kate challenges we challenge each other to a fight for charity so unlike chile i can legally
38:25
punch her in the face and kids with cancer wins so it's really just everybody wins here
38:30
but he sends me screenshots and he's like you're all over this chat and i was like yeah so he's like oh you're not
38:36
you're not a good person you're talking to to the enemy you know i'm going to have to do all sort and then i said to
38:43
him after he said that i go isn't that strange you're telling me that i'm a piece of [ __ ] for challenging a troll to a fight
38:50
didn't you just challenge a troll to a fight a boxing match in a [ __ ] cop in
38:55
in ohio he had and his response to that was well i'm suing my i'm gonna be suing everyone and now i have to add my
39:01
friends to the lawsuit i love it so if you simply just disagree with him you don't have to disagree with him you can
39:07
just simply do something that he doesn't like and the first thing he's gonna do is sue you but that's like taking
39:13
someone and putting them in as your your fourth line hitter you know at the biggest game of the season when you have
39:18
the bases loaded and they can't hit the [ __ ] ball to save their life he strikes out every single time he goes to
39:24
[ __ ] short to court i'm not putting him in a pinch hitter position
39:29
and he knew he's so new we've trolled each other's chats for years like you
39:34
know i've said [ __ ] up [ __ ] about josh he said [ __ ] up [ __ ] about me it's all true on both sides you know what i mean
39:40
except for whoever came up with that [ __ ] siphoning gas rumor that is not true nor have i ever sex trafficked a
39:45

child but uh like we've been doing like for him to even say that like we literally have been trolling each other's chats for [ __ ] years
39:52
i had to correct him on that which was like just like basic understanding of like what laura principal is like you
39:58
know for from my understanding and i have a great understanding because anyone that dislikes kate will always
40:03
send me information about her and that's one allegation that's that's never been made to me but you
40:10
know he tries to explain to the judge like oh you know like i'm for lauren order and i don't he even lied in court
40:15
and i won't give any more court information out but he says that he's never met her and me and the other guy in the
40:21
courtroom including the court corrections officer who was like against him a hundred percent he didn't mind me
40:27
because he knows me but he's thinking he thinks chili's an [ __ ] because this is the guy that chili called a scumbag
40:32
right so he goes i don't know this person i've not talked to this person i've never met this person we all look
40:37
at each other like you spent the last court hearing showing a video of you running around with her
40:43
now you're saying you don't know her you've never met her like it was my mind was blown like if
40:48
chili's mouth is moving there's some sort of [ __ ] coming out of it worse than a cop even that's what bugs me
40:55
about him it's like everything that i despise about police and any or any level of government everything i despise
41:00
about them i see it in chile and that's why i've despised him since day one and i've kept my mouth shut about it for
41:07
the most part too except for you know in private conversations with people like yourself josh and lackluster where i've

41:13
just said look man i i don't have any evidence of anything but i'm telling you you know personally i don't trust the
41:18
guy um and and you know turns out over time there's a reason not to right
41:24
he's making me dislike cops just by comparison because i'm looking at my interaction with him and i'm like [ __ ]
41:30
if i had interactions with cops like that more often i'd be out filming them every [ __ ] day every day
41:36
well you kind of look at like who's the true tyrant in the situation and i think pretty much like everyone on this panel
41:42
said it and a lot of people are kind of echoing that in the different chats from all the different videos that have been covering this but he seemed like a
41:49
tyrant more than anybody but like one thing i would like his subscribers to
41:54
know is that you are following him because you you believe
41:59
in his capability to lead right and you might forgo some of his transgressions
42:05
because you believe in what he's doing but look at the basic principles and ask
42:10
yourself does this make sense all cops are bad every single time never call the cops and every six-year-old little girl
42:16
should be told not to call the cops because they will rape her to immediately turn around and the first
42:22
thing you do is go to the police the first thing you do is press charges we as activists auditors journalists
42:27
whatever you want to call it we understand that we can go out and we can film whatever we can see in public we
42:32
can follow people around chile also thought i was undermining him because it's pretty clear in his video in and
42:37
mine um that when he was like oh she's following me around filming me and i i said well yeah
42:43

she can she can do that she's out that's the same thing we're doing to cops she's doing to you just have a good time and

42:49

troll her back like there's a reason that she didn't do that [ __ ] with me is because i wouldn't get triggered but you

42:55

can't preach total transparency and the ability to film anything you can see in public

43:01

until that person is you you can film everyone else it's always butt chilly you know do

43:07

what i say not as i do you can film everyone but chilly you can screw over everyone but chili and it it makes sense

43:13

that every single person he meets with there's some sort of um discord afterwards there's always

43:19

some sort of problem i mean maybe the first two people it's a cult of personality issue there's basic disagreements but when every

43:27

single person like that he has anything to do with and these are people that help him like san

43:32

joaquin valley transparency released a video for chile lackluster had put in a several hundred dollar super chat in his

43:39

in his live stream after he was released you know we're all people that you know want to find the best and we'll excuse

43:45

some maybe poor mistakes i mean i've made mistakes in my life and i'm sharing a panel with some some great people

43:51

because it's not who i was yesterday what i am today and i'm i'm working and we're all trying to make the community

43:57

better but chile doesn't even think you're a community like he's now separated himself where he's not an

44:03

activist he's not an auditor he's just [ __ ] chilly and hey i do that too i

44:09

try to do that too afa no you're an auditor and and to be fair i think he he's at a

44:15

point where he has to do that because whatever the community thinks it is is rejecting him and and
44:21
and just just to be clear i i've only one other time ever spoken out against uh anybody who's decide who's called
44:28
themselves an auditor uh and that was because he lied to me and told me that he didn't call the cops on himself to
44:33
create the video and he did and i found out through having to foil request 911 calls and i looked like a [ __ ] so uh
44:41
that was other than that that was i you know years on the platform never
44:47
talking any out of line about anybody on on the platform
44:53
and even this this is a culmination of a year's worth of
44:58
um sitting back waiting watching really assessing the situation and it getting
45:03
worse and worse and worse to the point where i i think that um you know personally i think he he might
45:10
be somewhat dangerous and could hurt somebody you know um the way that he he flipped out on
45:18
kate for her speech and he'll say it's because he she fell on him that's exactly what he's been saying he'll
45:23
probably change that verbiage at some point too now but but up to now he's been saying well it didn't show that
45:28
kate fell on me well she fell and you wasn't an accident because you wouldn't address that either in your chat but um
45:34
if that's a point and that's going to cause you to actually assault and and batter and i mean it wasn't terrible
45:41
what he did like the you know small little push and and the little elbowing
45:48
and the the stopping it's not like it caused any injury or or any real damage to kate but it's is it appropriate no
45:55

you don't initiate violence over words that's the whole point it's the whole point of every [ __ ] video i've ever

46:01

made you know it should be the point of every video he [ __ ] makes but he loves the initiation of force against

46:09

how much how much would we lose how much would we lose our minds if it was a cop being recorded and a cop did

46:16

which really did to her i mean we would lose our [ __ ] minds i mean freaking minds over that all of us yeah everybody

46:22

watching it wasn't the force for me though it was the fact that he was doing these things

46:27

with the clear intention he wanted to see me arrested put in the torture cuffs and

46:33

thrown in the dungeon that's why he was doing it he was trying to initiate a physical altercation so that he could

46:38

turn around and go she's the aggressor he actually said on numerous occasions verbally to the police she's the aggressor she like there there was no

46:45

aggression i said he was my brother and he was mentally [ __ ] i stand by the second statement and in his video too he covers the

46:52

camera and tells josh like don't worry i'm doing this on purpose i'm doing this on purpose i think you even yeah you

46:57

even responded to that like did you just say you did you're doing this

47:02

i wanted to get her on something and now i have and again like you know i'm looking at it because i try to see

47:08

360 degrees of an issue as much as i can with my own inherent biases but i'm thinking like my god if i saw a police

47:14

officer i have i've seen the video that michael picard put out where you can hear the officers literally plotting

47:20

to uh you know throw charges any charges on him it sounded exactly like that i was like holy [ __ ] like

47:26

well don't get it twisted either like he he absolutely i believe was trying to get like because he thinks in his mind
47:33
that by holding the camera on him and that's what you folks also have to believe at home right what is more of a
47:39
viable thing to believe the camera angle that only shows chili
47:44
or the two other cameras that show what he's doing you know what i mean like and
47:50
you know i i think he was trying to to bait kate into an altercation but don't get it twisted for one second
47:56
if i thought that's all it was i love a good [ __ ] trolling i would have absolutely stayed back and just laughed
48:02
at kate getting destroyed unfortunately he just didn't have the the the tongue fu to do it he didn't have the verbal
48:08
jiu-jitsu in the repertoire and that's why i liked it so much i thought it was really [ __ ] fun but he didn't have
48:14
that so he got triggered the only reason i stepped in is because there were a [ __ ] ton of kids around us and i'm
48:20
thinking that he's going to do one of these hip checks he's going to push her she's going to fall over into some child and then some kid is is going to get
48:27
hurt like 100 percent over at a guy with freaking uh cast and crutches did you see that he
48:34
literally pushed me backwards people kind of like buy it like people will be blinded by that and say oh no
48:41
we'll believe chili that only shows him now michelle brings up you know why did he say that you edited um your footage i
48:47
did not edit my footage so when i'm filming i have an android phone what i will do is i'll press the record button
48:54
and then when shit's not going on i'll just press pause so that way later i don't have to cut up and edit an hour
49:00

long video and i don't kill my memory so at this point he's just bitching to the cops so there's nothing happening so

49:06

i have the the pause set so that's what happens when he turns around and and he how look how this

49:13

argument works only against him but not for him i did the same thing with kate i didn't catch him elbowing her phone

49:19

right he doesn't want to mention that what he'll mention is that i edited the video to somehow doctor it up to make it

49:25

appear as if she went after him he didn't go after her so let's just say that's true i would like to agree with

49:32

uh mr dicastro that that is absolutely the truth so what i would like to question in that sense is what about the

49:39

seven other times i'm gonna play this real quick so the first one that i missed when she bumped into him so let's

49:45

watch her get away

49:52

[Music]

50:01

so real quick the reason it looks like it's edited guys is because now seven minutes have elapsed he didn't

50:07

just bump into her and bump into her and then he's switching directions he's running around telling kids that cops

50:13

are going to rape them not great stuff to have on camera and it's really just a waste of time so i had the camera paused

50:19

and then i go back and play when she starts doing the i'm with him

50:35

[Music] ladies and gentlemen this is a commercial for buzzsaw uh and he did it

50:41

right there if you guys can see he the reason what he's doing is he keeps stopping is because he's trying to get

50:46

her to run into him and even the cop calls out i'll fast forward it right to the next part where he loses even even

50:52

moves back and and actually bumps his body into her on purpose
50:58
he didn't even stop short and make her run into him he stopped and ran into her backwards like it's so obvious i don't
51:05
know i don't know anybody get close to me too like that's what he like even when he wasn't bumping
51:10
into me he that's why i'm saying things like you're for someone who wants to be left alone you're really in my personal space he was trying to physically
51:16
intimidate me by getting closer and closer and closer to me i was you can kind of see in this but i was trying to
51:22
maintain distance you know an appropriate amount of distance and a lot of the time when that video was paused it's because i'm way back with josh who
51:29
is literally talking sense into me and saying chill for a minute there's kids around
51:34
yeah and i didn't have this part but i still went and found it and added it in
51:40
in the sense of transparency so the whole video would be there which you can see he knocks the phone right out of her
51:45
hand i want to adjust something in the chat too there's a bunch of uh not not a bunch there's a couple chili bootlickers
51:52
in the chat that are that are saying this channel this is all about snitching it's not about snitching uh james freeman said it perfectly the other day
51:59
this is about us wanting to expose police right and when we see a cop tase somebody that's
52:06
in handcuffs and put them on the ground and then beat the [ __ ] out of them and you got five other cops standing around
52:11
doing [ __ ] all about it we want that those five cops to call the one bad cop out right
52:18
we have to do the same thing we have to do the same thing when we see something bad we have to call it out and expose it
52:25
to the community otherwise we're just as bad as those five [ __ ] all cops yeah i want to address something really

52:31
quickly as well like people saying oh josh invited kate i did not invite her to come down with us
52:38
what i did was is once she was there i was like you want to hang out with us you want to walk around go ahead because i enjoy it as far as i'm concerned it's
52:45
great fun to troll kate peters for an hour that's a that's good fun to me so why wouldn't i invite her like
52:51
you know what i mean we're we're it doesn't make any sense so you have six separate occasions
52:57
in this video where he goes hands-on to the point where i have to physically
53:03
remove her uh remove him right so you know i just paused it for a quick second
53:08
um and i've been doing this for a long time if that's the biggest mistake that i make in the game
53:14
that's his one excuse right where's all these other times he's alleged in his own video that kate bumped into him six
53:21
times now what i did is i went back and i looked and i time stamped to my video so every time he said kate pushed him i
53:29
showed you on this video so where's all the other times that she ran into him i mean it just unfortunately i don't think
53:35
he ever saw that my video would get the light of day but don't threaten me don't tell me what i can or can't do with my
53:41
own channel i just had to figure out stuff on my end before i can before i could release it but it's
53:47
evolved now now he's saying that i left on him like a [ __ ] spider monkey or something just i locked on him right you jumped
53:54
you jumped on him you didn't even make physical contact which was not bad balance because he was what he was doing
54:00
towards the end is he was like all right i get it now i've perfected this kind of art so i know she's gonna stay on my
54:05

tail so i'm gonna walk real fast and then i'm gonna stop super short once she gets right up my ass so she stepped

54:12

around him to the point where where chili knocks into this guy with crutches it was it was a [ __ ] nightmare a

54:20

night and then he pushes me back onto the poor guy with crushes you know like i sidestep him so chilly falls and then

54:25

he turns around and goes kate what are you doing and shoves me back onto the guy with crutches like shout out to crutch boy i [ __ ] feel bad for you

54:32

man you're the real mvp and the cop calls him out for all this [ __ ] too it's [ __ ] wonderful

54:40

does that always mean a lot to like i can understand why people wouldn't believe that because i'm regarded as a bootlicker so i can understand the

54:45

presumption that the cops would take my side they did not they were actually very unhappy that i was there too to be

54:51

clear they they asked me to leave several times but they couldn't lawfully order me to do so so i was just like now

54:56

i'm good i'm gonna stay right here uh first time for everything but they were like they did not like they were not taking my

55:02

side i can assure you they were unhappy that we all were there every single one of us

55:09

see something film something transparency in our communities important chile got caught facts side note kate is a piece of [ __ ]

55:20

is which is 100 accurate um yeah i appreciate you you guys coming on

55:25

masshole uh has a show at 9pm eastern standard tonight um i i wouldn't

55:32

well i'm going to because i wouldn't normally send people your way

55:37

but uh there's going to be a very in-depth look at what happened in court today um james just so you know i have a

55:44

newfound respect for the court of law uh listen it sounds crazy

55:49

the judge ruled chile a troll was being trolled it's literally in the
55:56
ruling yeah actually ruled that he was being trolled the judge ruled that chile had been
56:02
trolled and uh then chile had a mental breakdown but if you guys check out mass hall tonight at uh 9 00 p.m eastern
56:08
standard then you'll find out what happened in the courtroom uh some of the
56:14
another reason i want to send you there is because he's a constitutional law scholar more like a constitutional cop
56:20
caller but he's a constitutional right it says in his shirt so we should believe him so the way that this should
56:26
have ended up was chile spoke so much legalese the judge popped a woody because he was so horny by all this
56:32
legal sex talk that chili's speaking and then kate runs for the [ __ ] hills with her
56:38
phone shoved halfway up her ass along with uh the rest of the shitty internet channels or do you think that
56:46
kate may have started spitting out objections and chili had a [ __ ] meltdown
56:51
and do you think there were other channels that had this they had the link to the zoom conference and and we're
56:57
watching it you guys should go there and check it out because you'll know and also a lot of the background uh separate
57:02
from what happened to me i think that they'll be uh talking about as well so that's 9 p.m eastern standard it's
57:09
called the the massive report but um james freeman i wanted to let you know that uh
57:14
god bless joe biden okay what about allah ah allah can take a back seat kamala's
57:22
busy there's only enough room for one person with a confusing name okay what was the court case about today was it
57:27

about the an attempted restraining order on kate or something from chile yep okay and we're going to hear more about that

57:33

on your show tonight yeah i think you'll enjoy it uh i honestly had i had your contact information andy i would have sent you

57:39

the link too just because it was it was highly entertaining it was really good you called me the other day i think you

57:45

have my no i have not called you oh okay unless you count the 50 numbers that

57:52

chili tried to attribute his mind today maybe oh my god that's [ __ ] hilarious

57:59

this guy's a [ __ ] [ __ ] i just want to shout out my best friends josh abrams james freeman and lackluster

58:05

we're all going cough watching together um any day now any day now i'll drive

58:12

do you know what i'm doing actually i don't care i couldn't i won't drive i'll travel yeah you have to travel

58:19

i couldn't help myself today i was like i seen it like out of the periphs my little peripheries i see a cop walking

58:26

towards us like walking down the sidewalk and i was like like i smelt blood was in the air and i went to go

58:31

grab my phone and i was like all right we are we are at a court of law i will forego this audit and then the next i

58:38

was like go do it be yourself i even yelled back the blue a couple times with him and announced that we were together

58:44

i told the dunkin donuts uh a clerk that he was training for the police academy because he wanted to hold minorities at

58:49

gunpoint that happened uh it was a good time yeah a lot of fun i told well i mean i think she's kind of

58:55

[ __ ] in massachusetts because now police officers drove by and i was saying back the blue and everyone in

59:01

that area whether it be a court officer lawyer or cop that drove by they all knew who i was immediately by sight so

59:07
by seeing her with me we've done a valuable uh you know we've done something really great for the community
59:13
because now uh even the police don't like her
59:20
we should go out and record together and i don't know if you're into role playing but uh i'll play the bootlicker and you play the auditor
59:27
oh yeah i would do that i'm not bad at deep throating a boot i'm not bad at it
59:37
uh if you ask joe orga i believe it is then i have been gang-banged but i think the entire pawtucket police department
59:44
so i'm pretty well-versed lucky you i want to give you guys i call next
59:50
[Laughter] listen don't get lackluster in trouble he's very happily married and he's got
59:57
like several chickens to attend to so we can't have that type of thank you vanguard we can't have that type of uh
1:00:04
uh person here i cannot believe that that
1:00:09
it's just people just open your eyes watch the totality of everything and like people
1:00:15
were thinking like oh you know [ __ ] freeman lost in that debate blah blah blah a lot of people were saying that in
1:00:20
the chat what's up as if but like that's just a masterful troll like that's what what freeman does like
1:00:28
you gotta just watch for yourself don't take just what happened to me look at every single person that this has
1:00:34
happened to and then decide for yourself it has nothing about the auditing community turning on each other because
1:00:40
number one he's not an auditor right he is not part of this community so you can't back him up he can't be you know
1:00:47
have one foot in the door and the other foot out and then play both sides of the [ __ ] tennis court and secondly lack
1:00:53

and james both bring up a great point if you're walking down the street and you don't know the person you're seeing and
1:00:59
you see kate is a [ __ ] cop and lackluster's out there filming and he says something that you know the cop
1:01:05
doesn't like so she beats the [ __ ] out of them we are absolutely going to make videos about it every single channel is
1:01:10
going to share it lawsuits are going to be filed because we can do that we can go out and film in public the tyrants
1:01:17
are supposed to be the police not the one holding the cameras on top of the police and that's what this is about and
1:01:22
his manipulation tactics to go back handed you know and try and and literally [ __ ] people over and defraud
1:01:29
you you know it it it that's what it is it's it's fraud i mean i don't know how
1:01:35
else to explain it or what his next excuse is going to be for this but i mean he's literally
1:01:41
doing a ponzi scheme like he's having great lakes audits who didn't know anything about this but he's having these several channels go up and he's
1:01:47
saying hey listen guys these poor people they're going through all this strife and they need your help so i've posted
1:01:53
their cash apps and their venmos in the in the chat please go to them please go to them and give them your money and
1:01:59
help them and you're like yeah [ __ ] it i'm going to go help gla i'm going to go help all these people but what you don't
1:02:04
see is behind the screen behind the scenes in his signal chat where he says i'm going to list yours he's talking
1:02:10
about the cash apps anything over 5000 will work with it for people involved but it's going to be tough to reach 5000
1:02:15
bucks i'm going to list it and we're going to pull the money at the end and then well why if you're raising the
1:02:21

money for them why are you gonna pull it what are you gonna do with it well he has four thousand dollars going to bobby
1:02:27
and a thousand going to someplace else so let's use your case to try and get money in and then let me just have the
1:02:33
money and i'll send it to where it needs to go can you put that back up again because i just want to point something else out and again i know my opinion on
1:02:40
your logo so this one right here this one right here right so he says for the public information request um i have a lot of
1:02:46
things that everybody hates but i even you have to admit abrams i know public records requests yeah like inside now
1:02:52
they do not cost money if they are or not very much money not a substantial amount if they are not
1:02:59
really old records so like the most that i've ever spent on public records honestly is chilly because a lot of his
1:03:05
[ __ ] goes back 20 years um so but for the most part we're talking like
1:03:10
maybe three dollars here nine dollars there you can often ask to waive the fee
1:03:15
uh for if you're using it for news gathering purposes um if it's for an ongoing litigation case like you don't
1:03:21
have to pay so like he is actually lying to the people that he is defrauding further by saying well i need this for
1:03:26
your public records request when like it's it's an inconsequential amount of money if anything at all it's [ __ ]
1:03:32
and it's also interesting that he's saying i'm going to send 4 000 to bobby law
1:03:38
it's interesting because countless times any time he's talking about bobby law he has you send the
1:03:44
money other places because bobby law doesn't have a bank account he doesn't have any of these financial institutions
1:03:51
i think you folks would find it interesting to to know who actually carries bobby law's uh cash app

1:03:58
um which there'll be more to come i wasn't going to do this i didn't want to do this um i
1:04:04
said simply i'm going to release the video i'm going to let it it is what it is the the truth will prevail kate was
1:04:10
going to do her stream tonight i had nothing more to say in the matter because i didn't feel like he had any reason to [ __ ] talk to me like after
1:04:17
everything that he did to me what did i do i showed up and i sat in court today and i released a video that
1:04:22
if you don't like your actions in that video you don't blame the person that released the video you look at the [ __ ] that's shoving women in the
1:04:29
video and you say you're a prick not the guy [ __ ] holding the camera it is what it is but
1:04:35
that's uh the situation where we're at um and if you guys didn't know james freeman is a staunch liberal he is a
1:04:43
first amendment auditor um and a fraud editor at the same time and a communist
1:04:49
and a communist and he also will give you at a discounted rate lackluster might be selling him selling them on his
1:04:55
website but we do have the denzel approved 360 camera because if the 360
1:05:01
camera was there this issue wouldn't have happened it wouldn't have happened
1:05:07
yeah uh i i think it's like a a closing for me uh if this isn't enough for you
1:05:14
i i understand um at the moment it's all hearsay it's all alleged for all you
1:05:20
know um so keep looking but look openly you know just like pay
1:05:27
attention see what's going on um ask yourself which city chile is left without
1:05:33
victims or maybe not victims but without enemies um ask yourself what what cities
1:05:39
he's left um where he's actually done good um are there any people that would stand up and

1:05:45
say that it not not in just like very recent pat the very recent past are there anybody that that will say like
1:05:51
yes he absolutely helped me out and did a tremendous job and i'm so glad he rolled through my town um and then you
1:05:58
know otherwise you know just keep an open eye and and also i want to give a big shout out to all the moderators in
1:06:04
here because i see how many hidden comments there were that they're just like nailing uh and and making them public because
1:06:10
there there's a if you if you haven't done a live stream if you say something naughty on youtube
1:06:16
youtube hides it and then it gives the creator the option to show it or hide it forever and they've been showing all
1:06:22
your comments good or bad against us or for us and you guys have been doing a knockout job thank you
1:06:28
yeah i thanks lack for coming up man and everyone i do appreciate the mods by the way and the members out there i always
1:06:34
say like i want anyone to say as long as you're not doxing someone's personal address or their phone number say whatever you want
1:06:40
if you look at my comment section they're pretty much littered with hate for me i kind of run on that hate and someone had asked freeman they're like
1:06:46
hey freeman that person said something mean about josh and freeman was like i don't block people in my own channel
1:06:52
what the [ __ ] do you think i'm gonna block them for here i mean but that's again the difference right if you even
1:06:57
question chile in support he'll time you out if you're a member he's now set his chats to eight days only and i guess
1:07:04
he's re-upping that every day so that way it's not i checked it's nine days now
1:07:10
pretty soon you're gonna need to give a blood sample and possibly sign over rights to your firstborn or power of attorney

1:07:18
yeah yeah i don't block people in my chat either so that's something we all have in common too james always says we have nothing in common we have a humans
1:07:24
i let people call me a fat slob i don't allow doxxing and i'm tired of people talking about my daughter that's really
1:07:30
about it yeah the only person i have blocked is merv that's it so but don't blow i don't even know who that guy is
1:07:36
merv is my favorite second year family law attorney stop it second year thinks he's an expert
1:07:44
you're not missing anything lackluster is he in your intro
1:07:50
mine or kate's kate's no he's not no i i don't mind merv i like i i tease him but i tease everybody
1:07:56
but i don't have anything i mean merb would be more adversarial towards uh towards you guys i mean he's not he's
1:08:02
not always a fan of me is that murph was talking about merv not much yeah the [ __ ] jesus i forgot to call him a cocky
1:08:11
i call one of her one of her supporters like you know in the chat and financial all that stuff like a big fan i i made a
1:08:18
meme and put his head on top of the genie and turned the lamp into a penis and i i put it on my community page
1:08:24
called murph the [ __ ] genie and he [ __ ] lost his mind over it oh
1:08:31
i know you gotta run lack because you had said you only had a half hour we've been up here an hour eight minutes so
1:08:37
yeah and doing coming up yeah no problem and and to address somebody in the chat uh chili knows this
1:08:43
is going on and he's absolutely it's been been known that he's welcome to come up on here he won't he's
1:08:49
watching on a sock account
1:08:55

it was put out in the chat directed at him so yes this is not just a gang bang on chile he's welcome but he's been
1:09:02
invited he won't use his real account to watch it i guarantee he's watching on a soccer account hi
1:09:08
i mean lac doesn't have to go i can't leave her but that was going that would be totally unfair for us to just sit up
1:09:15
here and say all this and him not be allowed to defend himself at all from the very beginning he was offered and
1:09:20
and still you know the offer still stands right josh yeah he wants he's welcome to come up here in fact i
1:09:27
now here's the thing i have not blocked him but as soon as i left court today i'm blocked on every single platform
1:09:34
that exists as far as he's concerned so i can't send him anything so what i'm going to do is i'm going to drop the
1:09:40
link in the chat and this is for chili only i can verify it chile you are more than welcome to come up here because
1:09:46
unlike on your channel people have a voice here even if it doesn't agree with mine
1:09:51
i'll even stick around for a few more minutes to see if he shows here i'll call him for you i know he
1:09:56
loves to hear from me well i'm not asking you to to call him i want to be clear if you're calling him
1:10:02
you're doing so of your your own volition no no no and i'm not i don't i don't think anybody else should call me
1:10:08
i just want to make sure that i i mean he's been sent messages that i think he knows about the show i just want to make sure he knows like chilly come on up i
1:10:16
just a lot of comment that says you be you still beating women josh you fat [ __ ] and i'm the one that allowed that
1:10:22
you know what i mean like come on up chilly it's it's fine um autotron i really just want to keep
1:10:27

this i appreciate you coming up brother i really appreciate it but i want to keep this open just for for chili should

1:10:33

he want to come on i think he was i mean he's been calling out lackluster for weeks about not wanting to debate him and lackluster

1:10:39

is right here i don't know where chile is he was invited though i mean my audio is cutting out repeat

1:10:46

what you said i said chili's a [ __ ] um bundle of sticks and he said forget

1:10:53

about it is what he said you forget it forget it forget it the one but maybe it was you because uh whoever because

1:10:59

chile brought that up in court today and blamed me for people uh calling yeah he did yeah he did

1:11:06

james freeman was mentioned vicariously through zoom today oh really he james freeman is saying

1:11:13

forget about it unless you want to come up here and yeah forget about it forget about it

1:11:18

um my my panel was you know what let me pin it so the chat's moving pretty quickly i don't want it to be an issue

1:11:24

where it went by too quickly so i am going to uh just yes this is

1:11:29

live dj i'm gonna pin this in the chat so that way uh he didn't miss it because

1:11:34

i'm thinking he wants to come up here but he just wasn't able to so there it is it's pinned um guys

1:11:42

i'm gonna do a shameless plug right now um sovereign soul on chain mine said he

1:11:47

sent me gay porn oh bring i'll bring something else up real quick as far as the whole gun issue went

1:11:55

that's an interesting story i don't know if you guys are are aware of that whole thing where the guy accused him of of

1:12:01

stealing the gun that was that was interesting um don i'm only gonna have i

1:12:07

appreciate you coming up brother it's nothing personal i'm just i want to make sure that even though i have 10 spaces uh the remaining seven spaces are for
1:12:14
chile and his ego so he is invited up here
1:12:19
you psycho check silly i mean he's never down to give another
1:12:25
spot for his ego too i guess you see this lovely picture that hairy balls drew for chilly too i think
1:12:31
it's really nice no where is it it's it's my avatar right now oh okay
1:12:36
now what is what is this or that we're looking nice that's super necessary human yeah yeah yeah yeah i thought it was a
1:12:42
good pizza it's very flattering uh his tits look great um
1:12:48
super necessary now what is it what is his powers uh he can defraud uh
1:12:54
diabetic hospitals pretty or associations pretty much as the superpower
1:13:02
well i mean that's uh that's absolutely billy um i appreciate you being backstage bud uh i'm just gonna have
1:13:09
chili up here so nothing against you man everyone is normally welcome but i just want to
1:13:14
allow chili uh space and maybe he wants to bring friends um i i he had several people to appear
1:13:21
as witnesses via the telephone today in court for him so while he was on a zoom
1:13:26
conference he's holding his phone up like this so like i think like um uh breaking the flaw was one of the
1:13:32
people that were going to testify for chile um one may have made up in cyrax i don't
1:13:38
know why i thought that it just popped into my head i could be totally wrong i'm glad they didn't let cyrux testify
1:13:44
because i'm telling you if chile and cyrax actually speak it's it will be devastating for me i like to show my
1:13:51

cards like that usually but it will be really bad if chile and thyroid like the two of them i don't want to say for sure they would
1:13:57
take me down but it would be it would be a pretty close call i just don't want that to happen please
1:14:04
the other the other person that was uh gonna go up there and speak for him was
1:14:09
lispy actually freeman um oh really i didn't know very credible i didn't know
1:14:15
who was on the phone but he was talking about in his live stream how several people had warned him about me i'm not
1:14:22
gonna mention their names i do know who they are um but people can support who they want my
1:14:27
issue is with him so but there were some other channels um that he was mentioning and he was he mentioned lisby and that
1:14:35
was probably the most credible witness you could ever bring into a courtroom in the united states right it's
1:14:41
hands down the most credible does everybody know who lispy is no nobody knows
1:14:48
he's an auditor can i just say it afa
1:14:53
um he's blues he's blues bow boosted is his channel name
1:15:00
blues bow boosting he's supposed to be suing me too uh because i asked the question if he had chill mo in his
1:15:05
bloodline so uh it was a question there was a question mark at the end of that but yeah he's filling me too that's uh yeah
1:15:12
i know you should definitely bring up a uh convicted come on up man listen like i really like
1:15:18
to uh bring chili up he is in the chat because i know his sock account i know this one specifically and he couldn't
1:15:24
even you know [ __ ] disguise himself just a tiny bit how far up is it it's uh
1:15:30

hold on i'm gonna pull it up uh free woman it's this one free woman loves cops so where's the other comment
1:15:36
that he made oh i should have known that with him because he he was asking how long or if i still do math uh which is
1:15:42
not absolutely yeah and then he said oh and they said kate why like so that that's chili a hundred percent i know
1:15:48
that to be true so now chili i almost called that one out too because all he's been saying is like [ __ ] quackmaster and
1:15:54
all sorts of [ __ ] i mean chilly if you want to come up and ask me why i lost my kids i've answered this many times i
1:15:59
could answer it again i'll answer right now domestic violence the government decided to hold me
1:16:05
accountable for being abused you guys ready
1:16:10
oh is he coming in yeah he's coming in he's backstage and bring him up right now all right guys
1:16:15
um what do you have to say about the whole situation chili
1:16:21
i don't stop okay um what do you say about the allegations
1:16:26
that uh i and um and and kate and others have made here against me today
1:16:32
i'm gonna sue you okay do you have anything to say as far as uh
1:16:39
lackluster and james freeman as well being up here calling you out you know what
1:16:44
[ __ ] those guys rage quit okay all right perfect oh he's gone he rage quit he's out he's
1:16:51
he's out of here um you know i would say that he does a
1:16:56
great chili impersonation you guys have to see chili's brother lyle that [ __ ] is just
1:17:01
[ __ ] hysterical lyle dicastro yeah
1:17:06
yeah george waldo yeah roswell i guess he's not going to come up i did
1:17:12

want to give him the opportunity i'll leave if he's still in fear for his life because i'm on a panel like i'll
1:17:18
leave so it'll come up and just so people like about what i'm gonna do is something real quick because i don't want people
1:17:24
to be like oh he's backstage and you guys aren't letting them up as you can see i'm taking a picture that i even
1:17:29
have to do this because he will say things like this oh i was backstage you wouldn't let me up so now i'm messaging
1:17:34
that picture uh to myself so i can post it right now and show you that no one's backstage because he will
1:17:40
absolutely go tell all of you that he was backstage and afa wouldn't let him up because i'm
1:17:47
a piece of [ __ ] and so let me i really normally wouldn't even do this but i i just know ahead of time the [ __ ]
1:17:54
that he's going to pull the experiences you have with him tell you what you have to do document everything just like
1:18:00
everything is the same thing with government you have so many experiences with government that you learn you document everything same with chile
1:18:08
all right so here's the picture i pulled it up let me share my screen real quick
1:18:13
there's only two people that have been backstage and i called them out by their avatar but this is this is my backstage
1:18:19
right now it's just james lack slimy troll in uh afa holding a camera so that does
1:18:26
look slimy as [ __ ] yeah a fact that's a slimy ah i'm gonna make a meme
1:18:32
today so no no chili is a no-show
1:18:45
well yeah he's in chat but he won't come up here and talk to us but and and that's his mo i've seen tons of live
1:18:50
streams where if he's the uh center of attention in not a positive light he stays in chat
1:18:57

now you've had some heat on you as well lackluster and i don't want to like you
1:19:02
know start any any controversy there there's been some controversy that
1:19:09
well let me pull it up because i know i know the comments in the chat i don't want to like start anything so still be
1:19:15
a fan of lackluster even after seeing this um but there is a channel called
1:19:21
blackluster that uh says he stole my name and i mean what's going on with you in
1:19:26
blackluster do you know this guy it's true i i took the logo as well
1:19:31
[Laughter] all right well i don't want to have to keep you guys anymore i lack i know you
1:19:37
have to go um i think that if any what else you got you got anything else james yeah um maybe chili can come up and
1:19:43
we'll all leave and he can have the show because i don't care if we're even here to discuss with him i love hearing the guy speak it's [ __ ] hilarious
1:19:52
it's comedy [ __ ] gold we could you know nobody here to disagree with him or say anything he can just have the show
1:19:58
how about that you know great point late night you know chile is gonna go live after this panel
1:20:05
so here's what i i will do and i i promise this on my word i will give him 15 minutes to say whatever he wants
1:20:13
i will drop everyone including myself off panel and i will allowed him to say
1:20:19
whatever the hell he wants and everyone knows everyone knows
1:20:24
but i'll come back if he wants me to otherwise i'll be gone i appreciate it lack i'll stay up here just for five
1:20:30
more minutes thank you for coming everyone i know you already have subscribed uh to lackluster but if you haven't uh subscribe to lackluster james
1:20:37
freeman and we'll also see you at uh the masshole report uh tonight so you can find out what happened in court uh very
1:20:44

very interesting if you haven't seen it good to see you all getting results
1:20:50
i'll let every chili sucker up on my channel and you can just baste me i should be a i should be a lawyer i
1:20:57
really should be a lawyer i said that today you're not that shitty of a person josh
1:21:02
i mean you got some flaws but you're not that shitty i gave uh i gave decent legal advice
1:21:08
today i don't know don't say that i was the constitutional law scholar
1:21:14
today [ __ ] all right [ __ ] it i'm just going to end it because we all know he's not going to
1:21:20
come up and if he's going to start his live stream so he can be too much of a coward to to just speak about it
1:21:26
man-to-man he can just create his own live stream with 500 watching but only 20 chatting because he's blocked
1:21:32
everyone or they haven't been a subscriber for six weeks so oh one more thing sorry i forgot to tell you uh
1:21:38
subscribe to the fake news network on youtube oh yeah that's right it's so good it's so stainless plug
1:21:45
let's do backup channels here i'm gonna i'm subscribed pull it up
1:21:50
the mods can drop like valve streams the best though bow is my favorite i agree i get sucked in a lot of times i
1:21:57
see he's live and i refuse to click because i know i won't leave until it's over yeah same from there i i bought a video the
1:22:04
other day for him to play and it was like so it was so heinous that he had to like manually click on it because uh
1:22:09
streamlabs are whatever you use like uh auto we're like nope we can't play this i think it was a cyrax video but yeah
1:22:16
what is this what is it i think i have to play that it's only 30 seconds
1:22:31
it's muted oh no i've admitted i'm a previous murderer

1:22:37
rapist i'm a previous child molester i'm the worst person ever i used to beat my
1:22:42
own mom i used to i i my dad's dead i killed him
1:22:48
i'm the worst i i tortured small animals i'm the worst person ever
1:22:55
ever i also i'm a cutter i cut myself i take tons of methamphetamines
1:23:02
i'm a drug addict i'm an alcoholic i'm a rapist
1:23:09
[Laughter] well i mean i don't know what you want me to say about that one you said it like
1:23:16
all right and edited i just cut that out he said all of those things in that exact order all i did is chop 30 seconds
1:23:23
out of the video and upload it as is so everyone go to uh the fake news network
1:23:29
i know that the mods have it in the chat i don't even know what's going on in my life uh subscribe there and also
1:23:35
everyone that's here uh please subscribe to my second channel the afa crew uh we
1:23:40
don't really do much but talk a lot of [ __ ] um make fun of people and uh you know like lick james freeman's
1:23:47
boots and and do stuff like that but um when i go live i'm gonna be going live from there i won't be going live from uh
1:23:53
my channel any longer so you know what i i usually never mute anybody but if one of the mods want to hit fake chili
1:23:59
because here's how i look at it if you're not going to be man enough to come up and face me one-on-one and talk
1:24:06
to your community and your subscribers in person why the [ __ ] am i going to let you do it from the chat you don't want
1:24:11
to voice you're too much one then be silent peasant i can do the little wave
1:24:18
um yeah everyone subscribe to the backup channel the afa crew will be going live there appreciate it we'll see you over

1:24:23
at uh the masshole report tonight um and uh
1:24:29
we have some good stuff going on james freeman is an auditor and a commie and uh lackluster stole his channel from
1:24:35
blackluster and i beat women and have tits
1:24:43
especially the second one one is true i'll let you decide [Music]
1:24:49
like we know it's you chilly like just all right i'll catch y'all later um
1:24:54
thanks lackluster james uh trash bag or slimy troll whatever your name is kate
1:24:59
[Laughter] appreciate everybody later
1:25:05
see ya all right we're off the air say really bad stuff james no don't

# EXHIBIT B

Transcript excerpts of the June 18, 2025 broadcast (previously filed as ECF No. 34-2)

# EXHIBIT A

## Excerpts from June 18, 2025 YouTube Broadcast Transcript

**Video Title:** "BETA DELETE LAWZ SUED ME AND LACKLUSTER... AGAIN!"

**Channel:** Accountability For All (Joshua Abrams)

**Broadcast Date:** June 18, 2025

The complete transcript of this broadcast is 77 pages. Plaintiff submits only the pages containing statements cited in the Opposition to Defendants' Motion to Dismiss.

**Pages Included:** 6, 7, 17, 25, 28, 32, 69, and 71

The full transcript was previously filed with the Court and remains available upon request.

## Cleaned Transcript – June 18, 2025 Livestream

Video Title: BETA DELETE LAWZ SUED ME AND LACKLUSTER... AGAIN!

Speakers Identified:
Josh Abrams – Host
John – Co-host / Attorney Guest
Cindy – Guest
Smoke – Guest
Audience / Chat – Background or quoted reactions

Josh Abrams: Video Transcripts
Video Title: BETA DELETE LAWZ SUED ME AND LACKLUSTER.... AGAIN!
Channel: Accountability For All

Josh Abrams: 240K subscribers

Josh Abrams: Join

Josh Abrams: Subscribe

Josh Abrams: 2.6K

Josh Abrams: Share

Josh Abrams: Download

Josh Abrams: 28,845 views Streamed live on Jun 18, 2025

Josh Abrams: 0:15

Josh Abrams: [Music]

Josh Abrams: 0:23

Josh Abrams: borders um and he's like "No no that's not true the constitutional law scholar

Josh Abrams: 4:41

Josh Abrams: um had to call my attorney and my attorney in fact uh had to tell him that

Josh Abrams: 4:48

**Josh Abrams: no you're violating like several laws serious felonies especially with your**

**Josh Abrams: 4:53**

**Josh Abrams: criminal record." Um the reason I showed that clip in the beginning is because it's like I'm going to play a little bit**

Josh Abrams: 5:00

Josh Abrams: of this not too much because I expected a lot more of you to be familiar with

Josh Abrams: 5:06

Josh Abrams: what happened in the beginning seeing that you're not I'm just going to play a clip of it i mean what do you think John

Josh Abrams: 5:12

Josh Abrams: i think at this point it's kind of important right yeah it can't hurt and I I just want to point something out too

Josh Abrams: 5:18

Josh Abrams: um sure i don't know how he wouldn't understand that when a state has no

Josh Abrams: 5:25

Josh Abrams: reciprocity with any other state that he would think he could bring a firearm into the state but that's just beside

Josh Abrams: 5:32

Josh Abrams: the point but okay I mean listen I the conundrum that is Chile still

Josh Abrams: 5:39

Josh Abrams: inspires my brain to break like his channel name is Delete Laws and then he

Josh Abrams: 5:45

Josh Abrams: talks about upholding law and order and the rule of law like the guy is a

Josh Abrams: 5:50

Josh Abrams: walking contradiction to himself if you guys did not know um a little bit of background let me tell you something um

Josh Abrams: 5:58

Josh Abrams: Chile Dcastro was the You guys are going to think I'm I'm messing with you i'm not chilly DiCastro was the original

**Josh Abrams: 6:04**

**Josh Abrams: Black Bison Ranger but was kicked off the show before uh filming even**

**Josh Abrams: 6:09**

**Josh Abrams: commenced due to wild accusations um about the cast and crew members as**

**Josh Abrams: 6:16**

**Josh Abrams: well uh Cast also reports being threatened by Dcastaster that's what**

Josh Abrams: 6:21

Josh Abrams: about the community he doesn't give a [ __ ] about you and in the beginning I used to say to people you know what you

Josh Abrams: 22:28

Josh Abrams: want to watch [ __ ] Chile you watch Chile you can watch me i don't care i had mutual friends that before they knew

Josh Abrams: 22:35

Josh Abrams: what a douchebag Chile was they were like "Oh you know I'm just gonna I'm not going to really be in the middle of it." And I was like "Fine do whatever." Now

**Josh Abrams: 22:42**

**Josh Abrams: you know what I say if you support Chile [ _F ] you and the Chile horse that you [ _F_ ] rode in on go hit the**

**Josh Abrams: 22:47**

**Josh Abrams: unsubscribe button this guy in my opinion is a cancer to the First Amendment [ __ ] community i mean you**

Josh Abrams: 22:53

Josh Abrams: want to talk oh the guy's got 700,000 subscribers like I don't know if I'm ready to say [ __ ] delete laws just yet

Josh Abrams: 23:00

Josh Abrams: like look at his [ __ ] channel 655,000 subscribers right okay

Josh Abrams: 23:07

Josh Abrams: 4,000 views 2,000 views 2,000 views 4,000 views 2,000 views wow big one

Josh Abrams: 23:13

Josh Abrams: 20,000 views 4,000 views 4,000 views 1,000 views 9,000 views he is four times

Josh Abrams: 25:11

Josh Abrams: it's the bar with my name on it right up top there it is accountability for all you will see a PayPal link and a Cash

**Josh Abrams: 25:17**

**Josh Abrams: App link if you could please send something because I now need to go and**

**Josh Abrams: 25:22**

**Josh Abrams: pay my lawyer five grand and and like are we going to win if he doesn't drop out of course will there be sanctions**

**Josh Abrams: 25:28**

**Josh Abrams: against this giant master beta of course there's going to be sanctions but what**

Josh Abrams: 25:33

Josh Abrams: do we take from him the guy has [ __ ] nothing he walks around like he got shot by a pepper ball the other day and if it

Josh Abrams: 25:40

Josh Abrams: was anybody else I'd be like "Oh my god that's so sad this dude's a piece of shit." Okay and and name one friend he

Josh Abrams: 25:49

Josh Abrams: still has that he's actually worked with in the field not like whatever the names

Josh Abrams: 25:55

Josh Abrams: of the people that support him in the chat the diehard people cuz I got [ __ ] stories I can tell you guys

Josh Abrams: 26:01

Josh Abrams: pushing and he's kind of been a supporter of Chile i think some people are just [ __ ] afraid of him why i have no idea he's 5 foot2 i didn't know

Josh Abrams: 28:49

Josh Abrams: they stacked [ __ ] that high and the one time he ever got physical face to face with me on camera he backed down real

Josh Abrams: 28:56

Josh Abrams: [ __ ] quick the guy's a legend in his own [ __ ] mind

Josh Abrams: 29:02

Josh Abrams: and I want to thank you guys um because in the first 20 minutes of this we've already doubled the views that he got

Josh Abrams: 29:08

Josh Abrams: when he broke the news that he was going to sue me you know how many subscribers I lost none cuz the amount that I gain

Josh Abrams: 29:15

Josh Abrams: every day versus the amount that I lost from him I lost none guys seriously please do this for me if you have any

Josh Abrams: 29:22

Josh Abrams: respect for me for what I do my history what I've put on the line I'm one of the [ __ ] originals in this movement if

Josh Abrams: 29:27

**Josh Abrams: you like Chile or you intend to watch him hit the [ _F_ ] unsub button don't ever come back to this [ _F_ ] channel**

Josh Abrams: 29:33

Josh Abrams: because we do real [ _F_ ] here this is that day one [ _F_ ] we do real [ _F_ ] real activism we don't play around with fake

Josh Abrams: and I I just want to bring one more thing out right and I'm going to say it's alleged okay but there's allegedly

**Josh Abrams: 1:03:47**

**Josh Abrams: right now as far as I can tell close to 11 lawsuits that have been filed by this**

Josh Abrams: 1:03:54

Josh Abrams: person okay so if you don't think this can happen to you be prepared

Josh Abrams: 1:04:06

Josh Abrams: everyone please thank John Denakola for being here uh agent right here and this is perfect agent right here is in the

Josh Abrams: 1:04:12

Josh Abrams: chat um three years ago he was in the chat when I did that live stream um and he he met up with me and my friend and

Josh Abrams: 1:04:20

Josh Abrams: Anna and uh News Now 702 um was unable to make it to this live stream and uh

Josh Abrams: 1:04:29

Josh Abrams: but he he's watching he was disgusted then i'm sure he's disgusted now uh we have built a beautiful community back

Josh Abrams: 1:04:38

Josh Abrams: when I started doing this you could count on a hand of how many people did this and now every single day new people

Josh Abrams: 1:04:43

Josh Abrams: are filming police um new people are engaging in in conversation with each

**Josh Abrams: [ __ ] tagline or have Chile sue you too okay he'll vexatiously litigate the hell out of you folks before you leave**

Josh Abrams: 1:05:51

Josh Abrams: I'm gonna let this music uh play for a second um and you know we can uh give

Josh Abrams: 1:05:58

Josh Abrams: you guys Oh I didn't read super chats i apologize i really should um remove T-Rex super sticker new England truth

Josh Abrams: 1:06:05

Josh Abrams: you will win it only hurts the movement plant uh some people say he's a government plant who am I to say i'll get sued if I even have a thought of my

Josh Abrams: 1:06:11

Josh Abrams: own uh Koi five bucks thank you big Mike my brother from another mother he tried to sue me also as I trolled his live and

Josh Abrams: 1:06:19

Josh Abrams: made him a fool if possible he's already a fool you're right uh Bob five bucks

Josh Abrams: 1:06:24

Josh Abrams: thank you crnn $10 super sticker thank you banana member for 46 months i have a

Josh Abrams: 1:06:30

Josh Abrams: fam to feed and now I have to use my money uh to to fight this

Josh Abrams: 1:06:36

# EXHIBIT C

Plaintiff's YouTube Studio data: daily views and monthly revenue, 2022, and live stream analytics for May and August 2022

## Exhibit C-1: Delete Lawz channel, YouTube Studio export (exported October 23, 2026)

| Month (2022) | Views | Estimated revenue (USD) |
|---|---|---|
| March | 1,311,757 | $8,196.84 |
| April | 713,060 | $3,886.46 |
| May | 789,785 | $4,219.04 |
| June | 391,426 | $2,200.76 |
| July | 360,567 | $2,600.84 |
| August | 288,230 | $1,786.38 |
| September | 287,251 | $2,211.73 |
| October | 303,998 | $2,170.67 |
| November | 273,756 | $1,946.60 |
| December | 228,341 | $1,607.88 |

| Average daily views | |
|---|---|
| May 1 to 29, 2022 | 24,894 |
| June 1 to 9, 2022 | 15,412 |
| June 10 to 30, 2022 | 12,034 |
| June 10 to December 31, 2022 | 9,731 |

**EXHIBIT C page 2 of 3**



7:00

August 22, 2022
11:02 PM

| | | | | |
|---|---|---|---|---|
| May 15, 2022<br>Streamed | 10,787 | – | 86 | 93.8%<br>1,192 likes |
| May 14, 2022<br>Streamed | 16,685 | – | 247 | 96.2%<br>1,344 likes |
| May 14, 2022<br>Streamed | 8,979 | – | 206 | 92.8%<br>824 likes |
| May 13, 2022<br>Streamed | 40,715 | – | 538 | 95.0%<br>2,378 likes |
| May 13, 2022<br>Streamed | 9,776 | – | 237 | 93.3%<br>982 likes |
| May 12, 2022<br>Streamed | 8,108 | – | 58 | 93.8%<br>782 likes |
| May 12, 2022<br>Streamed | 9,565 | – | 98 | 93.3%<br>969 likes |
| May 11, 2022<br>Streamed | 10,239 | – | 548 | 95.7%<br>1,112 likes |
| May 11, 2022<br>Streamed | 12,816 | – | 232 | 91.9%<br>1,127 likes |

Rows per page: 50 101–150 of about 554

Exhibit C-2: YouTube Studio, Delete Lawz live streams, May 11 to 15, 2022 (captured August 22, 2022)

**EXHIBIT C page 3 of 3**




| Date | Views | Live viewers | Comments | Likes (vs. dislikes) |
|---|---|---|---|---|
| Aug 22, 2022<br>Streamed | 2,173 | – | 112 | 69.1%<br>288 likes |
| Aug 21, 2022<br>Streamed | 5,764 | – | 293 | 84.2%<br>659 likes |
| Aug 20, 2022<br>Streamed | 4,919 | – | 174 | 72.9%<br>387 likes |
| Aug 18, 2022<br>Streamed | 8,765 | – | 344 | 57.1%<br>445 likes |
| Aug 15, 2022<br>Streamed | 5,862 | – | 273 | 73.2%<br>515 likes |
| Aug 14, 2022<br>Streamed | 5,193 | – | 105 | 66.6%<br>375 likes |
| Aug 11, 2022<br>Streamed | 5,499 | – | 158 | 73.4%<br>496 likes |
| Aug 10, 2022<br>Streamed | 3,206 | – | 46 | 60.1%<br>197 likes |
| Aug 10, 2022<br>Streamed | 4,176 | – | 50 | 65.8%<br>341 likes |
| Aug 7, 2022<br>Streamed | 5,964 | – | 174 | 68.9%<br>414 likes |

Exhibit C-3: YouTube Studio, Delete Lawz live streams, August 7 to 22, 2022 (captured August 22, 2022)

DeCastro v. Abrams, No. 1:25-cv-11610-ADB (D. Mass.)

# EXHIBIT D

Blood pressure reading, August 29, 2022

**EXHIBIT D page 1 of 1**




Photograph taken August 29, 2022, Portsmouth, New Hampshire