AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:25-cv-11610-LTS**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Kate Peter**
was recieved by me on **12/11/2025:**

[X] I personally served the summons on the individual at **47 Avery St , Apt 1, North Attleboro, MA 02760** on **12/11/2025 at 12:35 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date: 12/11/2025

*Server's signature*

**Michael Palermo**
*Printed name and title*

**192 East St**
**Ste:197**
**Ludlow, MA 01056**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT, to Kate Peter with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

Tracking #: **0198741086**